UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC 18 P 1:20

C.A. 03-CV-12497

U.S. DISTRICT COURT
DISTRICT OF MASS.

PREMIER CAPITAL, LLC )
      Plaintiff, )
 )
v. )
 )
BEVERLY JOHNSON PENZELL, )
d/b/a Law Office of Kris E. Penzell )
and BEVERLY JOHNSON )
PENZELL, as Personal )
Representative of the Estate of )
Kris E. Penzell )
      Defendants. )

## ANSWER AND JURY DEMAND OF DEFENDANTS TO PLAINTIFF'S COMPLAINT

The Defendants Beverly Johnson Penzell, d/b/a Law Office of Kris E. Penzell and Beverly Johnson Penzell, as Personal Representative of the Estate of Kris E. Penzell answer the Plaintiff's Complaint as follows:

1.     The Defendants admit the allegations in Paragraphs 2, 5, and 6.

2.     The Defendants are without knowledge or information sufficient to admit or deny the allegations contained in Paragraphs 1 and 3.

3.     The Defendants deny the allegations in Paragraphs 7, 8, 9, 11, and 12.

4.     Answering Paragraph 4, the Defendants admit the first sentence, but are without knowledge or information sufficient to admit or deny the allegations contained in the second sentence.

5.     Answering Paragraph 10, the Defendants deny that a copy of the Plaintiff's written demand and certified mail receipt bearing a signature is attached as Exhibit A to the

Complaint and to the extent that such a letter was sent, it speaks for itself. The Defendants are without knowledge or information as to whether or not the Plaintiff made written demand of the Defendants for the return of documents.

6.  Answering Counts I and II of the Complaint, the Defendants deny the allegations of each and every paragraph contained in these Counts.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the Statute of Frauds.

### SECOND AFFIRMATIVE DEFENSE

If the Plaintiff suffered damage or injury as alleged in the Complaint, such damage or injury was caused by the Plaintiff's own negligence which equals or exceeds that of the Defendants, if any.

### THIRD AFFIRMATIVE DEFENSE

The claims in the Complaint are barred by the statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

The Chapter 93A claims are subject to dismissal because the conduct complained of did not occur primarily and substantially in Massachusetts.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint is barred by the doctrines of waiver and laches.

### SIXTH AFFIRMATIVE DEFENSE

This Court does not have subject matter jurisdiction over this matter.

### SEVENTH AFFIRMATIVE DEFENSE

This Court does not have personal jurisdiction over the Defendants.

### EIGHTH AFFIRMATIVE DEFENSE

ID # 373539v01/10105-40/ 12.16.2003

The Plaintiff's Complaint fails to state a claim against the Defendants upon which relief can be granted.

### NINTH AFFIRMATIVE DEFENSE

The Plaintiff is estopped from asserting claims against the Defendant as a result of the Plaintiff's unlawful conduct.

### TENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims against the Defendants are barred by lack of consideration.

### ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's Complaint against the Defendants is barred by absence of privity of contract.

### TWELFTH AFFIRMATIVE DEFENSE

If the Plaintiff suffered damage or injury as alleged in the Complaint, such damage or injury was caused by someone or something out of the Defendants' control.

WHEREFORE, the Defendants demand judgment as follows:

(1) Dismissing the Complaint filed against them with prejudice;

(2) For attorneys' fees and costs incurred in the defense of this action; and

(3) For such other further relief as the Court deems meet and just.

### JURY DEMAND

The Defendants, Beverly Johnson Penzell, d/b/a Law Office of Kris E. Penzell and Beverly Johnson Penzell, as Personal Representative of the Estate of Kris E. Penzell, demand a trial by jury on all issues so triable by a jury.

Dated: December 17, 2003                                Respectfully submitted,

3

ID # 373539v01/10105-40/ 12.16.2003

BEVERLY JOHNSON PENZELL, D/B/A LAW OFFICE OF KRIS E. PENZELL, AND BEVERLY JOHNSON PENZELL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KRIS E. PENZELL

By their attorneys,

_____
Catherine J. Savoie, BBO# 544599
Julie C. Easter, BBO# pending
(admitted on 12/09/03)
POSTERNAK, BLANKSTEIN & LUND, L.L.P.
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617.973.6100

## CERTIFICATE OF SERVICE

I, Julie C. Easter, hereby certify that I have served a copy of the Answer and Jury Demand by first class mail postage prepaid, this _17_ day of December, 2003 upon the following:

Thomas J. Morrissey, Esq.
Hoisington and Morrissey P.A.
1506 Drift Road
Westport, MA 02790.

_____
Julie C. Easter, Esq.

4

ID # 373539v01/10105-40/ 12.16.2003