UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL, LLC<br>    Plaintiff,<br>    v.<br><br>BEVERLY JOHNSON PENZELL,<br>d/b/a Law Office of Kris E. Penzell<br>and BEVERLY JOHNSON<br>PENZELL, as Personal<br>Representative of the Estate of<br>Kris E. Penzell<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR ORAL ARGUMENT

The defendant, Beverly Johnson Penzell, hereby requests an oral argument on the within filed Defendant Beverly Johnson Penzell's Motion to Dismiss Plaintiff's Complaint.

February 9, 2004

BEVERLY JOHNSON PENZELL
By her attorneys,

_____
Catherine J. Savoie, BBO# 544599
POSTERNAK, BLANKSTEIN & LUND, L.L.P.
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617-973-6100

### CERTIFICATE OF SERVICE

I, Catherine J. Savoie, hereby certify that I have served a copy of the within Motion for Oral Argument by first class mail postage prepaid, this 9th day of February 2004 upon Thomas J. Morrissey, Esquire, Hoisington and Morrissey P.A., 1506 Drift Road, Westport, MA 02790.

_____
Catherine J. Savoie