UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL LLC. | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEVERLY JOHNSON PENZELL | ) |
| d/b/a Law Office of Kris E. Penzell | ) |
| and BEVERLY JOHNSON | ) |
| PENZELL, as personal | ) |
| Representative of the ESTATE OF | ) |
| KRIS E. PENZELL, | ) |
|     Defendants. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance for Jennifer L. Finger, Esq. as counsel for the defendant Beverly Johnson Penzell d/b/a Law Offices of Kris Penzell and as personal Representative of the Estate of Kris E. Penzell.

    Defendant,
    **BEVERLY JOHNSON PENZELL**
    By her Attorneys,


    __s/Jenifer Finger_____
    Jennifer L. Finger, BBO # 641830
    POSTERNAK, BLANKSTEIN & LUND, L.L.P.
    The Prudential Tower
    800 Boylston Street, 32nd Floor
    Boston, MA  02199
    (617) 973-6100


Dated:  December 22, 2004

ID # 416559v01/10105-40/ 12.22.2004

## **CERTIFICATE OF SERVICE**

      I, Jennifer L. Finger, hereby certify that on this 22nd day of December 2004, I served a copy of the within on all parties by U.S. Mail:

Thomas J. Morrissey, Esq.
Hoisington and Morrissey P.A.
1506 Drift Road
Westport, MA 02790

                                  _____s/Jennifer Finger_____
                                          Jennifer L. Finger