UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL LLC. | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEVERLY JOHNSON PENZELL | ) |
| d/b/a Law Office of Kris E. Penzell | ) |
| and BEVERLY JOHNSON | ) |
| PENZELL, as personal | ) |
| Representative of the ESTATE OF | ) |
| KRIS E. PENZELL, | ) |
|     Defendants. | ) |

**JOINT STATEMENT REGARDING PROPOSED
<u>DISCOVERY SCHEDULE (LOCAL RULE 16.1 (D))</u>**

The plaintiff, Premier Capital, LLC ("Premier"), and the defendants, Beverly Johnson Penzell d/b/a Law Office of Kris E. Penzell, and Beverly Johnson Penzell as Personal Representative of the Estate of Kris E. Penzell (individually and collectively, "Defendants"), by their respective counsel of record, submit this joint statement regarding a proposed discovery schedule pursuant to Local Rule 16.1 (D).

1.  <u>Discovery Plan</u>.  Plaintiff's expert's report(s), served on or before March 31, 2005; Defendants' expert's report(s), served on or before May 2, 2005; all discovery completed, May 31, 2005.

2.  <u>Proposed Schedule for the Filing of Motions</u>.  Motion to amend complaint, filed on or before January 20, 2005; response and opposition filed February 3, 2005.  Dispositive motions, if any, filed June 30, 2005.

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3)**

The undersigned counsel of record for the respective parties to this action, and their respective authorized representatives, certify pursuant to Local Rule 16.1(D) (3) that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined Local Rule 16.4.

        PREMIER CAPITAL, LLC
        By its attorneys,

        S/Thomas J. Morrisey_____
        Thomas J. Morrisey BBO#547077
        Miles E. Hoisington BBO#545184
        Hoisington & Morrisey P.A.
        1506 Drift Road
        Westport, MA 02790
        Tel:  508-636-7363


        By:_____
                Authorized Representative


        BEVERLY JOHNSON PENZELL,
        d/b/a Law Office of Kris E. Penzell, and
        BEVERLY JOHNSON PENZELL, as Personal
        Representative of the Estate of Kris E. Penzell


        By their attorneys,


         s/ Jennifer L. Finger_____
        Catherine Savoie BBO#544599
        Jennifer Finger BBO#641830
        Posternak Blankstein & Lund, LLP
        The Prudential Tower
        800 Boylston Street
        Boston, Ma 02199-8004
        Tel: 617-973-6207

        By:_____
                Authorized Representative