UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL LLC.             )<br>         Plaintiff,                       )<br>                                              )<br>v.                                             )<br>                                              )<br>BEVERLY JOHNSON PENZELL   )<br>d/b/a Law Office of Kris E. Penzell  )<br>and BEVERLY JOHNSON             )<br>PENZELL, as personal                   )<br>Representative of the ESTATE OF )<br>KRIS E. PENZELL,                        )<br>         Defendants.                      ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph W. Corrigan, Esq. as additional counsel for the defendant Beverly Johnson Penzell d/b/a Law Offices of Kris Penzell and as personal Representative of the Estate of Kris E. Penzell.

                                                                  Defendant,
                                                                  **BEVERLY JOHNSON PENZELL**
                                                                  By her Attorneys,

                                                                 \_\_s/Joseph W. Corrigan_____
                                                                 Joseph W. Corrigan, BBO # 647393
                                                                 POSTERNAK, BLANKSTEIN & LUND, L.L.P.
                                                                  The Prudential Tower
                                                                  800 Boylston Street, 32nd Floor
                                                                  Boston, MA  02199
                                                                  (617) 973-6100

Dated:  July 21, 2005

## CERTIFICATE OF SERVICE

      I, Joseph W. Corrigan, hereby certify that on this 21st day of July 2005, I served a copy of the within on all parties by U.S. Mail:

Thomas J. Morrissey, Esq.
Hoisington and Morrissey P.A.
1506 Drift Road
Westport, MA 02790

Steven S. Sussman, Esq.
6 Beacon Street, Suite 400
Boston, MA 02108

                                  __s/Joseph W. Corrigan_____
                                  Joseph W. Corrigan, Esq.