UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

PREMIER CAPITAL LLC.     )
    Plaintiff,            )
                              )
v.                       )
                              )
BEVERLY JOHNSON PENZELL  )
d/b/a Law Office of Kris E. Penzell )
and BEVERLY JOHNSON      )
PENZELL, as personal     )
Representative of the ESTATE OF )
KRIS E. PENZELL,         )
    Defendants.           )

**JOINT MOTION TO AMEND DISCOVERY SCHEDULE**

The parties move on a joint basis to extend the remaining dates proposed under the prior Proposed Discovery Schedule as follows:

Proposed Discovery Plan:

    A.    Completion of fact discovery, on or before November 30, 2005;

    B.    Defendant's expert witness report, served on or before December 31, 2005;

    C.    Completion of expert witness discovery, on or before February 28, 2006;

    D.    Dispositive motions filed March 31, 2006.

As grounds for this request, the parties state as follows:

    1.    Discovery in the above matter has proved to be extensive with approximately 21 underlying collections files at issue and documents relative to those files.

    2.    Based on the extensive discovery, relative to Plaintiff's claims and Defendant's counterclaims, as well as counsel's respective trial schedules, additional time is necessary to

complete fact discovery, to produce Defendant's expert witness report, to conduct expert witness discovery, prepare and file dispositive motions and otherwise prepare this case for trial.

5.  Counsel for Plaintiff and Defendant have jointly agreed to these deadlines and the need to request an extension of the proposed discovery schedule from this Court.

WHEREFORE, the parties pray that this Motion be allowed.

> PLAINTIFF PREMIER CAPITAL,
> By its Attorney,
>
> */s/ Thomas J. Morrissey*
> Thomas J. Morrissey, Esq.
> Attorney at Law
> 164 Strathmore Road, Suite 25
> P.O. Box 1336
> Brookline, Massachusetts 02446
> (617) 787-3434
>
> DEFENDANT BEVERLY PENZELL
> By her Attorneys,
>
>
> Catherine J. Savoie, Esq.
> Joseph W. Corrigan, Esq.
> POSTERNAK BLANKSTEIN & LUND LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-8004
> (617) 973-6100
>
>
> Steven A. Sussman, Esq.
> 6 Beacon Street, Suite 400
> Boston, MA 02108
> (617) 973-4800

ID # 437841.01/10105-18/ 07.21.2005

complete fact discovery, to produce Defendant's expert witness report, to conduct expert witness discovery, prepare and file dispositive motions and otherwise prepare this case for trial.

    3.    Counsel for Plaintiff and Defendant have jointly agreed to these deadlines and the need to request an extension of the proposed discovery schedule from this Court.

WHEREFORE, the parties pray that this Motion be allowed.

    PLAINTIFF PREMIER CAPITAL,
By its Attorney,

_____
Thomas J. Morrissey, Esq.
Attorney at Law
164 Strathmore Road, Suite 25
P.O. Box 1336
Brookline, Massachusetts 02446
(617) 787-3434

DEFENDANT BEVERLY PENZELL
By her Attorneys,

_____
Catherine J. Savoie, Esq.
Joseph W. Corrigan, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100

_____
Steven A. Sussman, Esq.  by TWC w/permission
6 Beacon Street, Suite 400
Boston, MA 02108
(617) 973-4800