UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL LLC. | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEVERLY JOHNSON PENZELL | ) |
| d/b/a Law Office of Kris E. Penzell | ) |
| and BEVERLY JOHNSON | ) |
| PENZELL, as personal | ) |
| Representative of the ESTATE OF | ) |
| KRIS E. PENZELL, | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I Joseph W. Corrigan, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 23, 2006.

    /s/Joseph Corrigan
    Joseph W. Corrigan