UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL LLC.<br>  Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| BEVERLY JOHNSON PENZELL<br>d/b/a Law Office of Kris E. Penzell<br>and BEVERLY JOHNSON<br>PENZELL, as personal<br>Representative of the ESTATE OF<br>KRIS E. PENZELL,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO RESCHEDULE
### FEDERAL COURT SPONSORED MEDIATION

  The parties respectfully move to reschedule the Federal Court Sponsored mediation currently scheduled with Magistrate Collings on May 16, 2006 in this matter, and in support hereof state as follows:

  1.  This matter has been referred for Federal Court sponsored mediation.

  2.  Mediation with Magistrate Collings has been scheduled for Tuesday May 16, 2006.

  3.  One of the undersigned counsel has a conflict on another matter on May 16, 2006 and has respectfully requested that the mediation be rescheduled.

  4.  The parties were instructed by the Court's clerk to select three alternative dates for the proposed mediation when all counsel are available and that the Court would select a date from this list. The dates are as follows:

    a.  Tuesday, May 9, 2006;

    b.  Wednesday, May 10, 2006;

      c.      Thursday, May 11, 2006.

5.      The parties respectfully request that the Court reschedule the mediation for one of the above dates.

WHEREFORE, the parties pray that this Motion be allowed.

PLAINTIFF PREMIER CAPITAL,
By its Attorney,

*/s/ Thomas J. Morrissey* by JWC
Thomas J. Morrissey, Esq.
Attorney at Law
164 Strathmore Road, Suite 25
P.O. Box 1336
Brookline, Massachusetts 02446
(617) 787-3434

DEFENDANT BEVERLY PENZELL
By her Attorneys,

*/s/ Catherine J. Savoie* by JWC
Catherine J. Savoie, Esq.
Joseph W. Corrigan, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100

*/s/ Steven A. Sussman* by JWC
Steven A. Sussman, Esq.
6 Beacon Street, Suite 400
Boston, MA 02108
(617) 973-4800

## CERTIFICATE OF SERVICE

I Joseph W. Corrigan, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2006.

/s/Joseph W. Corrigan
Joseph W. Corrigan