# United States District Court
# District of Massachusetts

**PREMIER CAPITAL LLC.,**
    Plaintiff,

v.                                                    CIVIL ACTION NO. 2003-12497-NG

**BEVERLY JOHNSON PENZELL, ETC.,**
    Defendant.

## *REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

    On October 3, 20006, I held the following ADR proceeding:

| _____ EARLY NEUTRAL EVALUATION | __X__ MEDIATION |
| _____ MINI-TRIAL | _____ SUMMARY JURY TRIAL |
| _____ SETTLEMENT CONFERENCE | |

Plaintiff's and defendant's counsel participated; the defendant and a representative of the plaintiff were present.

[X]    The case was NOT SETTLED and further attempt to settle the case at this juncture would not be fruitful; the Court should set a schedule for completion of discovery after counsel file their proposed schedule.


<u>October 3, 2006</u>                                *Robert B. Collings*
DATE                                              ROBERT B. COLLINGS
                                                  United States Magistrate Judge

Copy to:    Judge Gertner
                Rebecca Tyler, Esquire,
                Counsel for all parties.