```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| MIDDLESEX, SS.<br>PREMIER CAPITAL, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>BEVERLY JOHNSON PENZELL, d/b/a<br>Law Office of Kris E. Penzell<br>and BEVERLY JOHNSON PENZELL, as<br>Personal Representative of the<br>Estate of Kris E. Penzell,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No.<br>03-CV-12497-NG |

## JOINT FILING RE PROPOSED SCHEDULING ORDER
### RESPECTING REMAINING DISCOVERY AND DISPOSITIVE MOTIONS

The plaintiff and defendant-in-counterclaim, Premier Capital, LLC ("Premier"), the defendant Beverly Johnson Penzell, as Personal Representative of the Estate of Kris E. Penzell, and defendant and plaintiff-in-counterclaim Beverly Johnson Penzell, d/b/a Law Office of Kris E. Penzell (collectively, "Penzell"), make this joint filing respecting proposed deadlines for completion of discovery and the filing of dispositive motions, pursuant to the direction of Magistrate Judge Collings.

Premier and Penzell have not reached agreement respecting such deadlines, and accordingly, respectively propose as follows:

<u>Premier</u>: Discovery (including expert-related discovery) to close on September 30, 2007; dispositive motions, if any, to be filed on or before October 31, 2007.

<u>Penzell</u>: Discovery (including expert-related discovery) to close on April 30, 2007; dispositive motions, if any, to be filed on or before May 31, 2007.

PREMIER CAPITAL, LLC

By its attorney,

*/s/ Thomas James Morrissey /KS*
Thomas James Morrissey
164 Strathmore Road, Suite 25
Post Office Box 1336
Brookline, MA 02446
Tel.: (617) 787-3434

BEVERLY JOHNSON PENZELL, As Personal Representative of the Estate of Kris E. Penzell; BEVERLY JOHNSON PENZELL, d/b/a Law Office Of Kris E. Penzell

By her attorneys,

*/s/ Joseph W. Corrigan*
Catherine J. Savoie
Joseph W. Corrigan
Posternak, Blankstein
  & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
Tel.: (617) 973-6151

For the Counterclaim:

*/s/ Steven A. Sussman*
Steven A. Sussman
6 Beacon Street, Suite #400
Boston, MA 02108
Tel.: (617) 973-4800

Dated: December 4, 2006