**REGAN & KIELY LLP**

ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 330

BOSTON, MASSACHUSETTS 02210

JOSEPH A. REGAN
ROBERT E. KIELY
JOHN D. BLAISDELL
JULIE C. EASTER

CHRISTOPHER S. HAYES (1965-1995)

TELEPHONE (617) 723-0901
TELECOPIER (617) 723-0977

FILED
CLERKS OFFICE

2006 DEC 12  P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 11, 2006

Civil Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   Improper Electronic Notices
      Premier Capital, LLC v. Penzell
      Civil Action No. 03-CV-12497-NG

Dear Sir/Madam:

This office has been incorrectly receiving electronic notices in the above-entitled matter, as we do not represent any parties in the above-captioned matter. This Court's notices have been sent to: Julie C. Easter, Joseph A. Regan, and Catherine L. Bourgeois at the following email addresses: (1) jce@regankiely.com; (2) jar@regankiely.com; and (3) clb@regankiely.com. *Premier Capital, LLC v. Penzell* is not one of our cases and we should not be receiving electronic notices, filings or other documents from the Court in this matter. We have gone to the United States District Court website in an attempt to remove our email addresses and contact information from this case. However, all attempts to remove our email addresses from this matter have been futile.

Therefore, we are requesting assistance in having our firm's information and email addresses removed from this case. No attorney from Regan & Kiely, LLP has filed a Notice of Appearance in this matter and, therefore, we are refraining at this time from filing any generic Notice of Withdrawal.

Thank you for your assistance and feel free to contact me should you have any questions.

Very truly yours,

**REGAN & KIELY LLP**

*Julie C. Easter*

Julie C. Easter

JCE/cb