# *Premier Capital, LLC.*

March 19, 2002

Certified Mail Receipt #7099 3400 0010 8708 7144
Return Receipt Requested
And First Class Mail



Maria G. Mazon
7340 SW 158th Avenue
Miami, FL 33193-3307

**Re:**   **United States Bankruptcy Court, Southern District of Florida, Case No. 87-04227-BKC-AJC, Adversary Case No. 88-0566-BKC-AJC-A, Barnett Bank of South Florida vs. Domingo and maria G. Mazon;  Judgment in the original amount of $57,299.95, dated 6/18/89; $130,612.49 outstanding as of 3/19/02.**

Dear Ms. Mazon,

Reference is hereby made to the Judgment described above (the "Judgment") and to the accompanying loan documents executed and delivered in conjunction with the loan transaction by you as Borrower or Guarantor.

On October 3, 2001, the Judgment and accompanying loan documents were purchased by Premier Capital, LLC., (the "Obligee") pursuant to a Loan Sale Agreement with Bank of America, successor in interest to Nationsbank, N.A..

We are hereby notifying you that interest and principal have not been paid on the Judgment, when and as due in accordance with its terms.  Accordingly we are considering this continued non-payment an act of **DEFAULT** under the Judgment and therefore are making **DEMAND** for prompt and full payment within thirty (30) days of all overdue amounts under the Note.

## OFFER OF SETTLEMENT

In order to resolve this matter quickly, without our company incurring additional cost, we are willing to accept either: **1) a greatly reduced payment of $50,000.00 or 2) a one time payment of $1,000.00 and a Settlement Note for $80,000.00, which shall bear interest at an annual rate of 10%, compounded daily.  Payments on the Settlement Note shall be in equal, timely, monthly installments of $1,250.00 each for the next 95 months.**

Failure to resolve this matter quickly means that interest charges and reasonable costs of collection continue to mount on your account.  In addition, further efforts on our part increase our costs and prevent us from settling this matter for this reduced amount.

Premier Capital, Inc.
Page: 2
March 19, 2002

Please respond promptly. If we do not hear from you within thirty days from the date of this letter, we shall have no choice but to take such actions as may be appropriate under the law to enforce our rights and pursue our remedies against you.

We hereby reserve all of our rights and remedies contained in or relating to the Judgment, Note and such other agreements and instruments ancillary thereto and advise you that all further costs, charges and expenses incurred by us, including reasonable attorneys' fees, in connection with the enforcement of the obligations and in connection with the exercise of our rights and remedies, together with interest thereof, shall be secured by the mortgage, if any, and shall become additional indebtedness owed by you to us.

Our reference in this letter to certain conditions, breaches and defaults is not intended as a waiver of any others. You should be aware that any failure or delay on our part to exercise any right, remedy, power or privilege under any of the agreements and instruments referenced to above, or provided by statute or at law or in equity, or otherwise, is not intended and shall not impair or operate as a waiver of any such right, remedy, power or privilege or be construed as a waiver of any default or as an acquiescence therein. To the extent that the Loan Documents do not require formal written notice of default, we, by giving this notice to you, are not required to provide you with any further notice of these or other defaults.

You are to direct all payments to the attention of the undersigned at Premier Capital, LLC 226 Lowell Street Wilmington, MA 01887, with regard to the repayment of the Judgment Obligation. Your immediate attention to this matter is strongly recommended. Time is of the essence.

**This letter is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,


Nick J. Maimonis

Encl.

**PLEASE SEE YOUR RIGHTS UNDER THE DEBT COLLECTION PRACTICES ACT ATTACHED TO THIS LETTER AND MADE A PART HEREOF.**



UNITED STATES POSTAL SERVICE

MIAMI FL 331
PM
22 MAR
2002

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Premier Capital, LLC
226 Lowell Street
Wilmington, MA 01887
Attn: N. Maimonis

BofA18

04

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
3-22-02

C. Signature
X Maria G. M.
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

INARIA G. MAZON
7340 SW 158TH AVE
MIAMI, FL 33193-3307

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0010 8708 7144

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789