# Attorney Referral Form

| Debtor(s) | | |
|---|---|---|
| Domingo Mazon | Loan Pool | BofA18 |
| Maria Mazon | Judgment Date | 6/18/89 |
| 7340 SW 158th Street | Premier Loan No. | 3779456 |
| Miami, FL 33193-3307 | Outstanding Balance | $ 130,612.49 |
| | As of (Date) | 3/19/02 |
| | Per Diem | $ |

**COPIES OF DOCUMENTS INCLUDED IN THIS PACKAGE:**

*Pay down Schedule*   **Credit Reports**

Misc Correspondence   Judgment

Asset Searches

This is one that you obtained the Judgment on years ago. They signed for the certified mail at the above Address. Our efforts at determing assets came up empty, although they may still have an interst in the M.R. Latin American, Inc. You should recall that they were discharged in Ch 7, although this debt Survived due to the fact they obtained the original loan on a fraudulent basis. Suggest we bring them In for a debtor's exam and develop assets etc.

Delivered to:

Beverly Penzell
Law Offices of Kris E. Penzell.
407 Lincoln Road, Suite 10D
Miami Beach, FL 33139
305 531-5175

**LEGAL FEE STRUCTURE: 25% contingency plus court costs.**
**PLEASE DO NOT EXCEED THIS CAP WITHOUT THE PRIOR CONSENT OF PREMIER CAPITAL, LLC.**

Should there be any questions or concerns, please
Contact Nick Maimonis at 978 661-9000 ( e-mail:
maimonis @premiercapitalnet.com)

Approved By: _____ 4/26/07, Date

Accepted By: _____, Date

Please return a signed copy of this form so as to accept the terms set forth.

- 1 2002

226 Lowell Street  Wilmington, MA  01887  (978) 661-9000  Fax (978) 694-4890