UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-CV-12497

---

PREMIER CAPITAL, LLC
    Plaintiff,

v.

BEVERLY JOHNSON PENZELL, d/b/a/
Law Office of Kris E. Penzell and
BEVERLY JOHNSON PENZELL, as
Personal Representative of the Estate of
Kris E. Penzell
    Defendants.

---

## CERTIFICATE OF SERVICE

    I, Joseph W. Corrigan, hereby certify that on this 12th day of January, 2007, I caused a copy of (1) Defendant Beverly Johnson Penzell's Motion to Compel and Request for Hearing and (2) Memorandum in Support of Beverly Johnson' Motion to Compel to be served electronically, through the ECF system. Paper copies will be sent to those indicated as non-registered participants of the ECF system.

                                            /s/ Joseph W. Corrigan
                                            Joseph W. Corrigan