UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL, LLC | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEVERLY JOHNSON PENZELL, | ) |
| d/b/a Law Office of Kris E. Penzell | ) |
| and BEVERLY JOHNSON | ) |
| PENZELL, as Personal | ) |
| Representative of the Estate of | ) |
| Kris E. Penzell | ) |
|     Defendants. | ) |

**NOTICE OF CORRECTION
TO MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION TO COMPEL**

On January 12, 2006, Defendant Beverly Johnson Penzell, filed a Motion to Compel and supporting Memorandum. Reference was made in footnote 3 to Exhibit D being filed under seal. The document constituting Exhibit D was produced by plaintiff and was not designated as a confidential document and was not otherwise subject to any claim of confidentiality by plaintiff. Accordingly, the document was submitted pursuant to normal electronic filing procedures. Footnote 3 is hereby revised to read: "The purchase and sale agreement is attached as Exhibit D."

A revised version of the Memorandum in Support of the Motion to Compel reflected the above change is attached hereto as Exhibit A.

Respectfully submitted,

BEVERLY JOHNSON PENZELL,
By her attorneys,

/s/ Joseph W. Corrigan_____
Catherine J. Savoie, BBO#544599
Joseph W. Corrigan, BBO#647393
POSTERNAK, BLANKSTEIN & LUND, L.L.P.
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
617.973.6100

Dated: January 16, 2007