UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL, LLC | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEVERLY JOHNSON PENZELL, | ) |
| d/b/a Law Office of Kris E. Penzell | ) |
| and BEVERLY JOHNSON | ) |
| PENZELL, as Personal | ) |
| Representative of the Estate of | ) |
| Kris E. Penzell | ) |
|     Defendants. | ) |

## OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, the defendants, Beverly Johnson Penzell d/b/a Law Office of Kris E. Penzell and Beverly Johnson Penzell as Personal Representative of the Estate of Kris E. Penzell, hereby offer to have judgment entered in this action against them and for the plaintiffs in this matter, on the claims that have been raised or that could have been raised by the plaintiffs against Beverly Johnson Penzell in her individual capacity, in her capacity as an alleged d/b/a for the Law Office of Kris E. Penzell and Beverly Johnson Penzell as Personal Representative of the Estate of Kris E. Penzell and any affiliates, employees or agents of the defendants for all fees, costs, expenses and damages, whether compensatory, punitive, multiple or otherwise, and interest, against the defendants Beverly Johnson Penzell and Beverly Johnson Penzell, as Personal Representative of the Estate of Kris E. Penzell, only, in the amount of $38,500.00 (thirty eight thousand five hundred dollars and no cents).

Respectfully submitted,

**BEVERLY JOHNSON PENZELL,**
By her attorneys,

/s/ Joseph W. Corrigan
Catherine J. Savoie, BBO# 544599
Joseph Corrigan, BBO#647393
POSTERNAK, BLANKSTEIN & LUND, L.L.P.
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
617.973.6100

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Joseph W. Corrigan
                                        Joseph W. Corrigan