Exhibit "A"

## Lisa Augliera

**From:** Joseph Corrigan
**Sent:** Tuesday, May 29, 2007 9:08 AM
**To:** tmorris423@aol.com
**Cc:** sas
**Subject:** RE: Premier v. Penzell scheduling matters

Tom:

I am available all week. I assume that since your client wants to schedule the remaining depositions that it is not interested in exploring a resolution.

I would at very least like to depose your expert. Do you intend to depose Beverly Penzell, the inventory attorneys or defendants' expert? If so, I will need to coordinate their schedules. I would be happy to get these depositions scheduled, please call me to discuss.

Also, Steve, do you have anyone from Premier that you need to depose?

Joe

---

**From:** tmorris423@aol.com [mailto:tmorris423@aol.com]
**Sent:** Friday, May 25, 2007 4:39 PM
**To:** Joseph Corrigan
**Subject:** Premier v. Penzell scheduling matters

Joe-- Are you available to work out a schedule for remaining depositions next week? Perhaps we can each speak with our respective deponents/clients and nail down dates. Do you plan on taking any further depositions?

Have a great weekend.

-Tom

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.