Exhibit "C"

## Lisa Augliera

**From:** Joseph Corrigan
**Sent:** Monday, June 04, 2007 9:08 AM
**To:** tmorris423@aol.com
**Subject:** RE: Premier v. Penzell

Great -- let's talk tomorrow and start laying some groundwork for getting this discovery completed before we go back in front of Judge Gertner in August.

Joe

---

**From:** tmorris423@aol.com [mailto:tmorris423@aol.com]
**Sent:** Saturday, June 02, 2007 11:32 AM
**To:** Joseph Corrigan
**Subject:** Premier v. Penzell

Joe-- Thanks for your letter of late last week. I believe we're in accord on moving forward. I'll call you Monday or Tuesday-- likely Tuesday, given my Monday schedule. --Tom

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

6/26/2007