Exhibit "D"

## Lisa Augliera

| | |
|---|---|
| **From:** | Joseph Corrigan |
| **Sent:** | Thursday, June 14, 2007 1:48 PM |
| **To:** | tmorris423@aol.com |
| **Cc:** | 'sas' |
| **Subject:** | RE: Premier v. Penzell |
| **Importance:** | High |

Tom:

I left you a message earlier today, but I believe I have everyone on board for depositions during the week of July 9th through the 13th, which I understand worked for you and Mr. Storfer.

The only issue may be with respect to Victor Rones's deposition, he's fairly tied up that week, but is willing to give some time later in the day on July 11th. I wasn't sure how much material you would have for him, but if you think a mid to late afternoon deposition would be acceptable, then I think we can move forward and get the plane tickets and hotels booked and schedule court reporters.

In terms of order, I was going to propose the following:

July 9th - Mr. Storfer/ Mr. Freshman

July 10th -- Freshman/Susan Noe

July 11th -- Susan Noe/Victor Rones

July 12th -- Beverly Penzell

July 13th -- Beverly Penzell

I am open to suggestions, with the except as to Susan Noe who is only available on 7/10 and Victor Rones in the afternoon of 7/11. Let's discuss as soon as you have time. Before, I speak too soon -- Steve, does that week and the proposed dates work for you?

Thanks.

Joe
Joseph W. Corrigan, Esq.

## Posternak

POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
617.973.6151
617.722.4967 *direct fax*
617.367.2315 *fax*
jcorrigan@pbl.com
www.pbl.com

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately

notify us at (617) 973-6151 or via return Internet e-mail to jcorrigan@pbl.com and delete this communication without making any copies. Thank you for your cooperation.

---

**From:** tmorris423@aol.com [mailto:tmorris423@aol.com]
**Sent:** Saturday, June 02, 2007 11:32 AM
**To:** Joseph Corrigan
**Subject:** Premier v. Penzell

Joe-- Thanks for your letter of late last week. I believe we're in accord on moving forward. I'll call you Monday or Tuesday-- likely Tuesday, given my Monday schedule. --Tom

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.