Exhibit "E"

## Lisa Augliera

**From:** Joseph Corrigan
**Sent:** Wednesday, June 20, 2007 7:51 PM
**To:** TMorris423@aol.com
**Cc:** s.sussman@verizon.net

Tom:

As I indicated in my e-mail and voice messages to you, since I have not heard back from you, I am operating under the assumption that the week of July 16th is acceptable. My witnesses will be available during this week and this week alone. Steve and I will be booking out plane tickets tomorrow, so this is the last opportunity to tell me if you or your people have a conflict.

I haven't heard from you by now, so I assume there is no conflict. Thanks.

Joe