Exhibit "F"

## Joseph Corrigan

| | |
|---|---|
| **From:** | Joseph Corrigan |
| **Sent:** | Tuesday, June 26, 2007 10:25 AM |
| **To:** | 'tmorris423@aol.com' |
| **Cc:** | 'sas' |
| **Subject:** | penzellassoc@bellsouth.net |
| **Importance:** | High |

Tom:

I have for the past month, written, e-mailed and called you countless times to try to confirm that the depositions could go forward in this matter during the week of July 16th, or in the alternative, the week of July 9th. Attached are four separate e-mails to you about scheduling. I can recall at least one letter and another 5 or 6 phone calls. Since you will be conducting four of the proposed depositions, I need to know when to have these people available and I have worked diligently over the last 3 weeks to secure their availability during what is normally a busy summer month for most who would rather be on vacation. Despite securing my own witnesses' availability weeks ago, I still do not know whether your expert will be made available during the weeks in which you originally indicated (over month ago) would work.

You and I have spoken on these scheduling at least 3 times over the past 5 weeks, the most recent of which was last Friday, June 22nd. During that discussion I indicated to you that I have my witnesses, including my expert, holding up their vacation plans to try to schedule these depositions. After not having spoken on the issue in nearly 3 weeks, you indicated that you were going to make phone calls and get back to me, despite the fact that you should have done this weeks ago, as I have done with my witnesses. If you were on vacation, a simple message could have been left confirming you and your client's availability. Since you only have to secure the presence of one witness, this should not have been difficult (and, again, this should have been accomplished 3 weeks ago).

I am unaware whether any of my witnesses may have now made commitments or whether Steve Sussman has booked plane tickets based on Premier's failure to respond to us in a timely manner. You have left voicemail messages for me over the past 2 weeks, but in each instance you have failed to indicate whether those weeks would work for your witness (and you), despite the fact that you knew I have been looking for confirmation from you for over 3 weeks. It really shouldn't have been this difficult to get this matter scheduled. I would point out that we originally tried to schedule these depositions 3 months ago, and at that time Premier engaged in a similar type of obstructionist behavior.

I want confirmation from you by the end of the day tomorrow that one or both of these weeks work. If I do not hear back from you at that time I intend to seek a protective order from the Court that the week of July 16th will be the week in which Mr. Storfer will be made available and the ONLY time my witnesses will be made available to you. I will also move for sanctions for the unnecessary amount of work you put my client through in getting this accomplished. I am trying to get this discovery accomplished before we go before Judge Gertner in early August, but if we have to go before the Court on these motions before then, so be it.

Please respond by the close of business tomorrow. Thank you.

Joe
Joseph W. Corrigan, Esq.

## Posternak

POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
617.973.6151

617.722.4967 *direct fax*
617.367.2315 *fax*
jcorrigan@pbl.com
www.pbl.com

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at (617) 973-6151 or via return Internet e-mail to jcorrigan@pbl.com and delete this communication without making any copies. Thank you for your cooperation.

6/27/2007