## Joseph Corrigan

| | |
|---|---|
| **From:** | Joseph Corrigan |
| **Sent:** | Friday, July 06, 2007 4:32 PM |
| **To:** | 'tmorris423@aol.com' |
| **Cc:** | 'sas' |
| **Subject:** | RE: Premier v. Penzell scheduling |
| **Importance:** | High |

Tom:

I want to depose your expert. That can occur during the week of the 16th or any time before we go before Judge Gertner. However, if it is the only deposition we do down there, then I want to hold it on a Friday. My people are available the week of July 16th if you want to depose them. Jerry Freshman is only available through July 18th and then is returning to his vacation. You can depose all or some of them during that week if you like, or not.

I am available to discuss this as well (617) 973-6151.

Joe

---

**From:** tmorris423@aol.com [mailto:tmorris423@aol.com]
**Sent:** Friday, July 06, 2007 4:25 PM
**To:** Joseph Corrigan
**Subject:** Premier v. Penzell scheduling

Joe--

I read the Court's decision on your client's recent motion for protective order to direct us to consult regarding scheduling of depositions. Is it your preference to schedule them during the third week of July, the week to proceed along the lines we previously discussed, or some other time? And do you intend to conduct/resume any Premier depositions? Please let me know.

--Tom

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

7/13/2007