UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 03-CV-12497

| | |
|---|---|
| PREMIER CAPITAL, LLC | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| BEVERLY JOHNSON PENZELL, | ) |
| d/b/a Law Office of Kris E. Penzell | ) |
| and BEVERLY JOHNSON | ) |
| PENZELL, as Personal | ) |
| Representative of the Estate of | ) |
| Kris E. Penzell | ) |
|     Defendants. | ) |

## JOINT PROPOSED DEPOSITION SCHEDULE

Premier Capital, LLC and Beverly Johnson Penzell, individually and in her capacity as Personal Representative of the Estate of Kris E. Penzell (collectively, the "Parties") hereby jointly submit this proposed deposition schedule to the Court, pursuant to its Order dated July 18, 2007.

The parties have agreed that the following depositions occur during the week of September 24, 2007, in the following proposed order during that week:

1. Susan Noe

2. Victor Rones

3. Beverly Penzell

4. Richard Storfer

5. Jerald Freshman

The parties hereby agree to work with the witnesses and each other during the week to ensure that the depositions proceed as proposed herein.

PLAINTIFF PREMIER CAPITAL,
By its Attorney,


/s/ Thomas J. Morrissey
Thomas J. Morrissey, Esq.
Attorney at Law
164 Strathmore Road, Suite 25
P.O. Box 1336
Brookline, Massachusetts 02446
(617) 787-3434

DEFENDANT BEVERLY PENZELL
By her Attorneys,


/s/ Joseph W. Corrigan
Catherine J. Savoie, Esq.
Joseph W. Corrigan, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100


/s/ Steve A. Sussman
Steven A. Sussman, Esq.
6 Beacon Street, Suite 400
Boston, MA 02108
(617) 973-4800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Joseph W. Corrigan
Joseph W. Corrigan