IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

IN THE ESTATE OF:

KRIS EVAN PENZELL     PROBATE DIVISION

Deceased                    FILE NO.: 00-11 CA60
_____/

## ORDER APPOINTING INVENTORY ATTORNEY

On the Petition of Beverly Johnson Penzell, the widow and nominated personal representative of the Estate of Kris Evan Penzell, for the appointment of an inventory attorney pursuant to Rule 1-3.8, Rules Regulating The Florida Bar, the Court having reviewed the Petition, heard argument of counsel, and being otherwise advised in the premises, it is:

ORDERED and ADJUDGED:

1. The Petition is GRANTED.

2. Victor Rones, Esq, 16105 NE 18th Avenue, North Miami Beach, Florida 33162, is hereby appointed inventory attorney for Kris Evan Penzell with full powers and duties pursuant to Rule 1-3.8, Rules Regulating The Florida Bar to carry out the function as inventory attorney.

3. Victor Rones, Esq., is directed to proceed as soon as possible to inventory the files of Kris Evan Penzell and to take such action as seems indicated to protect the interest of Kris Evan Penzell and his Estate and his clients.

4. Victor Rones, Esq., is specifically authorized to accept employment as attorney in connection with the activities of cases found in the files inventoried as long as each client is given an informed and free choice for the further employment of counsel.

5. Victor Rones, Esq., shall not be obligated to accept employment as attorney in connection with any or all of the active cases found in the files inventoried, but he, at his option, may refuse to handle such files as he deems fit and proper.

6. Victor Rones, Esq., shall with thirty (30) days of the Order, furnish a progress report to this Court with copies to The Florida Bar and shall thereafter furnish periodic progress reports as this Court may direct until completion of the duties as inventory attorney and approval of a final report by the Court.

7. The Clerk of this Court shall issue, upon application of Victor Rones, Esq., such writs as may be necessary to carry out this Order upon further Order of Court.

DONE this 24TH day of March, 2000

**JUDGE JOSEPH P. FARINA**
CIRCUIT COURT JUDGE

Copies furnished to:
Victor Rones, Esq.
James R. Sloto, Esq.
Beverly Johnson Penzell
Randy Lazarus, Esq.