1987 SEP -3 PM 12:40

87R341455

OFF. 13400 PG 2504
REC.

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 87-06903 (08)

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking associ-
ation organized pursuant to the
laws of the United States,

    Plaintiff,

vs.

KIAMBU CHAKA and IDELLA C. CHAKA
a/k/a IDELIA CHAKA a/k/a IDELLA C.
JACKSON, individually,

    Defendants.

J. McKAY

DEFICIENCY DECREE

    THIS CAUSE came on to be heard on Wednesday, July 29, 1987 pursuant to Plaintiff's Motion for Entry of Deficiency Decree pursuant to Final Judgment of Foreclosure, after notice given to all parties, and the Court, having reviewed the Motion for Deficiency Decree, Affidavit of Plaintiff, having heard arguments of counsel, and being otherwise fully advised in the premises, it is thereupon

    ORDERED and ADJUDGED that the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., be and the same shall hereby recover from the Defendants, KIAMBU CHAKA and IDELLA C. CHAKA a/k/a IDELIA CHAKA a/k/a IDELLA C. JACKSON, individually, the sum of $64,418.85, as and for a deficiency in this action and pursuant to a Final Judgment of Foreclosure rendered April 13, 1987, for all of which let execution issue forthwith.

    DONE and ORDERED in Chambers at Miami, Dade County, Florida this ___ day of July, 1987.

JUDGE, CIRCUIT COURT

Copies furnished to:

Kris E. Penzell, Esquire
Arthur B. Calvin, Esquire
Terrance Rosenberg, Esquire
Kiambu Chaka

STATE OF FLORIDA)
COUNTY OF DADE)
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office.
WITNESS my hand and official Seal this ___ day of SEP 1 1987
RICHARD P. BRINKER
CLERK Circuit and County Courts
By_____ Deputy Clerk

RECORDED
AUG 5 1987
RICHARD P. BRINKER
CLERK

OFF. 13369 PG 109
REC.

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA.
RECORD VERIFIED
RICHARD P. BRINKER
CLERK CIRCUIT COURT

KPPA 1279

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 88-17295 (12)

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking asso-
ciatin organized pursuant to
the laws of the United States,

    Plaintiff,

vs.

METROPOLITAN INDUSTRIES INC.,
a Florida corporation and
JAMES E. WARD, individually,

    Defendants.

_____/

**FINAL JUDGMENT**

THIS CAUSE came before the undersigned Judge, ex-parte, pursuant to Plaintiff's Motion for Final Judgment and the Court, having reviewed the Motion and being otherwise fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., a national banking association organized pursuant to the laws of the United States, have and recover from the Defendants, METROPOLITAN INDUSTRIES INC., a Florida corporation and JAMES E. WARD, individually, the principal sum of $25,022.08, together with interest in the amount of $1,085.85, due up to and including October 23, 1988, for which let execution issue.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 31 day of October, 1988.

                                                    JUDGE, CIRCUIT COURT

Copies furnished to:
Kris E. Penzell, P.A.
L. Jana Sigars, Esquire

KPPA 1116

OFF 19695 PG 1263
REC

ETE 14099K 731

$RS _____
N_____R__03

09R162062

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 88-21224 (CA 16)

01R2833666  2001 JUN 01 12:2_

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking
association,

    Plaintiff,

vs.

REDLANDS AIR CONDITIONING &
REFRIGERATION, INC.,
LEON H. ACOR, JR., and
JACK D. HARDEE,

    Defendants.

FINAL ORDER AS TO ALL PARTIES

**FINAL JUDGMENT**

THIS CAUSE having come before the Court upon the motion of plaintiff, Barnett Bank of South Florida, N.A. ("Plaintiff"), for Final Judgment After Default against defendant Redlands Air Conditioning & Refrigeration, Inc. ("Redlands") and defendant Leon H. Acor, Jr. ("Acor") and upon plaintiff's motion for Summary Judgment against defendant Jack D. Hardee ("Hardee"), and the Court, having reviewed the pleadings, having heard argument from counsel, and having been otherwise fully advised in the premises, finds that plaintiff is entitled to a final judgment against defendants Redlands, Acor, and Hardee; accordingly, it is hereby

ORDERED AND ADJUDGED that

1. Plaintiff's motions be, and the same are, hereby granted.

2. This Court finds and adjudges that there is due and owing from defendants Redlands, Acor, and Hardee to plaintiff the sum of $9,301.45 in principal, $3,061.53 in interest through April 27, 1989, $ 750.00 for attorneys' fees, and $ 195.00 for costs, making a total sum of $ 13,317.98, which sum shall bear interest at the statutory rate of 12% a year, for which let execution issue forthwith.



A TRUE COPY
CERTIFICATION ON LAST PAGE
RICHARD P. BRINKER, CLERK

OFF REC 19695 PG. 1264

140991 732

3. Defendants Redlands, Acor, and Hardee are jointly and severally liable to plaintiff for the amount due plaintiff in this Final Judgment.

4. Plaintiff Barnett Bank of South Florida, N.A. shall have four (4) writs of execution issued by the Clerk herein.

DONE AND ORDERED this 27th day of April, 1989 in Chambers at Miami, Dade County, Florida.

Edward M. Moore
Circuit Court Judge

Copies furnished to:
Kathryn A. Heathcock, Esq.
Redlands Air Conditioning &
  Refrigeration, Inc.
Leon H. Acor, Jr.
Jack D. Hardee

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA.
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office May 31 AD 20 01
HARVEY RUVIN, CLERK, of Circuit and County Courts
Deputy Clerk

-2-

155970618/65359:117
04/26/89-2

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
RICHARD P. BRINKER
CLERK CIRCUIT COURT

KPPA 0665

87426413

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: 87-06118 DB

BARNETT BANK OF SOUTH FLORIDA, N.A.,

    Plaintiff,

vs.

TOP TEN CARD COMPANY, INC.,
GARY WEST and JENNAIR WEST,

    Defendants.
_____/

## FINAL JUDGMENT AFTER DEFAULT

THIS CAUSE coming on to be heard, and it appearing unto the Court that a Default was regularly and duly entered against the Defendants GARY WEST and JENNAIR WEST, jointly and severally for failure to plead herein as required by law; and the Plaintiff having duly proven the material allegations of its Complaint by sworn affidavits and proofs filed herein; and the Court having ascertained the amount which the Plaintiff is entitled to recover, exclusive of attorneys' fees; now, therefore, in consideration of the premises the Plaintiff is entitled to a Final Judgment as a matter of law, and it is, THEREFORE

ORDERED and ADJUDGED that:

1. Final Judgment upon Default is granted in favor of the Plaintiff and against the Defendants GARY WEST and JENNAIR WEST, jointly and severally.

2. The Plaintiff shall have and recover of and from the Defendants GARY WEST and JENNAIR WEST, jointly and severally, the principal sum of $80,000.00, plus interest from November 30, 1986 through September 14, 1987 in the total amount of $9,537.26, with a per diem rate of $39.45 accruing thereafter, together with actual costs incurred in the amount of $140.20

KPPA 1189

BK14856PG0692

3. Judgment upon Default is also granted in favor of the Plaintiff and against the Defendants GARY WEST and JENNAIR WEST, jointly and severally, for reasonable attorneys' fees incurred by the Plaintiff, the determination of which shall be reserved upon further hearing before this Court.

4. This Judgment shall bear interest at the rate of 12 percent per year from the date of entry until satisfied.

DONE and ORDERED at Miami, Dade County, Florida this 2nd day of October, 1987.

_____
CIRCUIT COURT JUDGE

Copies furnished to:

BRUCE A. WEIHE, ESQ.
Attorney for Plaintiff
FINLEY, KUMBLE, WAGNER, HEINE,
  UNDERBERG, MANLEY, MYERSON & CASEY
Broward Financial Centre, Tenth Floor
500 East Browad Boulevard
Fort Lauderdale, Fl.  33301

GARY WEST and
JENNAIR WEST
Defendants
8840 Pineland Road
West Palm Beach, Florida

5520y

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
L. A. HESTER
COUNTY ADMINISTRATOR

BK14856PG0693

KPPA 1187

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true

IN THE COUNTY COURT IN AND
FOR DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 97-772 SP 24

BARNETT BANK OF SOUTH FLORIDA,
N.A.,

    Plaintiff,

vs.

                                  FINAL JUDGMENT

LANIER GIPSON, et al.,

    Defendant.
_____/

THIS CAUSE came on to be heard before the undersigned Judge, on Tuesday, July 29, 1997, pursuant to Notice of Pretrial Conference and the Court, having heard arguments of counsel, having reviewed the pleadings and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

That Plaintiff, BARNETT BANK OF SOUTH FLORIDA, shall have and recover from the Defendant, LANIER GIPSON, individually, the sum of $3,807.31 on principal, $300.00 for attorneys fees and court costs in the amount of $179.00 making a subtotal of $4286.31 which shall bear interest at the rate of 10% a year and in addition, the Plaintiff shall recover prejudgment interest of $3,270.15 for all of which let execution issue.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this 11 day of August, 1997.

                                            BETH BLOOM
                                            County Court Judge
                                            JUDGE, COUNTY COURT

Copies furnished to:                   Lienholder
Kris E. Penzell, P.A.                  Barnett Banks Inc.
                                            100 N. Laura Street
Defendant                                 Jacksonville, FL 32202
Lanier Gipson
1030 N.W. 106 Street               **FINAL ORDER AS TO ALL PARTIES**
Miami, Florida                              SRS DISPOSITION
                                            NUMBER _____

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

OFF: 15041 PG 2596

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
Clerk of Circuit & County Courts

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 91-05846

BARNETT BANK OF SOUTH FLORIDA, N.A.,

    Plaintiff,

vs.

VELMA'S GOLDEN NEEDLE INC., a Florida corporation, CLIFFORD BUTLER JR., and VELMA BUTLER, individually,

    Defendants.

FINAL JUDGMENT AFTER DEFAULT

RECORDED
MAY 06 1991
Clerk of Circuit
& County Courts

THIS CAUSE came before the undersigned Judge, ex-parte, pursuant to Plaintiff's Motion for Final Judgment after Default and the Court, having reviewed the motion and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

That the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., have and recover from the Defendants, VELMA'S GOLDEN NEEDLE INC., a Florida corporation, CLIFFORD BUTLER JR., and VELMA BUTLER, individually, the principal sum of $7,178.62, together with interest in the amount of $894.72, court costs in the amount of $178.00, and reasonable attorneys fees in the amount of $1250.00, for which let execution issue.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 17 day of April, 1991.

JUDGE, CIRCUIT COURT
ROBERT P. KAYE
CIRCUIT COURT JUDGE

Copies furnished to:
Kris E. Pennell, Esquire    Clifford Butler Jr.,
Velma's Golden Needle Inc., Velma Butler

87 AUG 27 AM 10:48     87R331991

REC. 16415 PG 3608   OR. 13393 PG 1551

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 87-23938 (03)

BARNETT BANK OF SOUTH FLORIDA, N.A.,

    Plaintiff,

vs.

CARMINE BRANCACCIO d/b/a
GOLDEN RAZOR BARBER SALON,

    Defendants.

G. STEWART

FINAL JUDGMENT AFTER DEFAULT

**FINAL ORDER AS TO ALL PARTIES**
S&S DISPOSITION
NUMBER ___2___

THIS CAUSE came on to be heard, ex-parte, upon Plaintiff's Motion for Final Judgment and the Court being fully advised in the premises, it is thereupon

ORDERED and ADJUDGED:

That the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., have and recover from the Defendants, CARMINE BRANCACCIO d/b/a GOLDEN RAZOR BARBER SALON, the sum of $8,763.18, together with interest in the amount of $_____, costs of this action in the sum of $89.50, and attorney's fees in the amount of $900.00, for which let execution issue.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this _____ day of July, 1987.

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
Clerk of Circuit & County Courts

_____
CIRCUIT COURT JUDGE
AUG 03 1987
Judge STUART M. SIMONS

Copies furnished to:

Kris E. Penzell, P.A.
Carmine Brancaccio

AUG 26 1987
RICHARD P. BRINKER
CLERK, Circuit and County Courts
By: _____ Deputy Clerk

RECORDED
AUG 6 1987
RICHARD P. BRINKER
CLERK

OFF. REC. 13369 PG 978

LAW OFFICES OF KRIS E. PENZELL, P.A. 151 S.E. 14th TERRACE, MIAMI, FLORIDA 33131 · (305) 371-5000

```
                                    IN THE COUNTY COURT IN AND
                                    FOR DADE COUNTY, FLORIDA

                                    CIVIL DIVISION

                                    CASE NO. 87-02807 CC 05
BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking asso-
ciation organized pursuant to
the laws of the United States,

        Plaintiff,

vs.                                 FINAL JUDGMENT AFTER DEFAULT

DESIGN HOME REMODELING INC.,
a Florida corporation, LOUIS
GRILLA and HAROLD EDELSTEIN,
individually,

        Defendants.
_____/
```

THIS CAUSE came on to be heard, ex-parte, upon Plaintiff's Motion for Final Judgment and the Court being fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., a national banking association organized pursuant to the laws of the United States, have and recover from the Defendants, DESIGN HOME REMODELING INC., a Florida corporation, LOUIS GRILLA and HAROLD EDELSTEIN, individually, the principal sum of $4,130.00 together with interest in the amount of $ 430.00 , costs of this action in the amount of $97.50, and attorney's fees in the amount of $ 1,000.00 , for which let execution issue.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this  MAR 3 1 1987  day of April, 1987.

                                    Judge Harvey L. Goldstein
                                    _____
                                    COUNTY COURT JUDGE

Copies furnished to:

Kris E. Penzell, Esquire
Design Home Remodeling Inc.
Louis Grilla
Harold Edelstein

KPPA 0967

ADD - 1 1987

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 86-29468 (03)

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking associ-
ation organized pursuant to the
laws of the United States,

    Plaintiff,

vs.                                                   AMENDED FINAL JUDGMENT

HIRAM MARTINEZ,

    Defendant.
_____/

    THIS CAUSE came on for hearing before the undersigned Judge on Thursday, February 12, 1987 pursuant to Plaintiff's Motion to Amend Final Judgment, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, have and recover from the Defendant, HIRAM MARTINEZ, individually, the sum of $26,193.46, plus interest in the amount of $1,794.67, costs of this action in the amount of $102.50, attorneys fees in the amount of $1,000.00, making a total sum of $29,090.63, for which let execution issue.

    DONE and ORDERED in Chambers at Miami, Dade County, Florida this _____ day of February, 1987.

                                                                     FEB 20 1987

                                                              Judge STUART M. SIMONS
                                                         _____
                                                          JUDGE, CIRCUIT COURT

Copies furnished to:

Kris E. Penzell, P.A.
Jose N. Marquez, Esquire
Hiram Martinez

KPPA 0884

```
                                    13800‑2640        15407‑2605
```

**FILED**
OCT 25 1988
RICHARD P. BRINKER
CLERK

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 86-41427 (13)

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking associ-
ation organized pursuant to the
laws of the United States,

    Plaintiff,

vs.

ANTONIO LIOY, individually,

    Defendant.
_____/

**FINAL ORDER AS TO ALL PARTIES**

JUDY McKAY

DEFICIENCY DECREE

S R S  DISPOSITION  03
    oral  NUMBER _____

THIS CAUSE came on to be heard on Monday, October 24, 1988, pursuant to Plaintiff's Motion for Entry of Deficiency Decree pursuant to Final Judgment of Foreclosure, after notice given to all parties, and the Court, having reviewed the Motion for Deficiency Decree, Affidavit of Plaintiff, having heard argument of counsel, and being fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., be and the same shall hereby recover from the Defendant, ANTONIO LIOY, individually, the sum of $20,831.16, as and for a deficiency in this action and pursuant to the Final Judgment of Foreclosure rendered May 3, 1988, for all of which let execution issue.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 24 day of Ocotber, 1988.

                                                         _____
                                                       JUDGE, CIRCUIT COURT

Copies furnished to:

Kris E. Penzell, Esquire
Antonio Lioy

**RECORDED**
OCT 26 1988
RICHARD P. BRINKER
CLERK

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
RICHARD P. BRINKER
CLERK CIRCUIT COURT

STATE OF FLORIDA
COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office.
WITNESS my hand and official Seal this ___ day of _____ A.D. 19__
RICHARD P. BRINKER
CLERK Circuit and County Courts
By: _____ Deputy Clerk

NOV - 9 1988

(OFF. REC BK)
13067 PG 2263

KPPA 1431

IN THE COUNTY COURT IN AND
FOR DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 85-8943 CC 05

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking association organized pursuant to the
laws of the United States,

       Plaintiff,

vs.

AGREED FINAL JUDGMENT

THOMAS W. KENWORTHY,

LAURIE MITCHELL

       Defendant.
_____/

THIS CAUSE came on before the undersigned Judge, ex-parte, and the Court having been advised of agreement between Plaintiff and Defendant, and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

1. That a Final Judgment is hereby entered in favor of the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., and against the Defendant, THOMAS W. KENWORTHY, individually, in the sum of $3,800.00, together with interest in the amount of $1,505.51, court costs in the amount of $50.00, and reasonable attorneys fees in the amount of $500.00, for which let execution issue forthwith.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 8 day of July, 1986.

                                                   JUDGE, COUNTY COURT

Copies furnished to:

Kris E. Penzell, P.A.
Thomas Kenworthy, Esquire

OFF. REC. 12944 PG 2502

RECORDED
JUL 9 1986
RICHARD P. BRINKER
CLERK

```
                                    1989 DEC 15  AM 10:25
OFF
REC 19692 PG. 3231
              OFF.
              REC: 1436 PG 2360
```

01R280174  2001 MAY 31 11:11

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 89-21884

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking asso-
ciation organized pursuant to
the laws of the United States,

    Plaintiff,

vs.

JENI L. JAYSON, individually
and d/b/a INFANT WEAR ETC.,

    Defendant.
_____/

SRS DISPOSITION NUMBER 12

FINAL ORDER AS TO ALL PARTIES

FINAL JUDGMENT AFTER DEFAULT

JUDY McKAY

THIS CAUSE came before the undersigned Judge, ex parte, pursuant to Plaintiff's Motion for Final Judgment, and the Court, being fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., have and recover from the Defendant, JENI L. JAYSON, individually and d/b/a INFANT WEAR ETC., the principal sum of $6,584.71, together with interest in the amount of $756.32, costs in the amount of $119.50, ~~and reasonable attorney's fees in the amount of $_____~~, for which let execution issue.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 30 day of November, 1989.

                                      JUDGE, CIRCUIT COURT

Copies furnished to:

Kris E. Penzell, P.A.
Jeni L. Jayson

RECORDED
DEC 4 1989
RICHARD P. BRINKER
CLERK

STATE OF FLORIDA)
COUNTY OF DADE)
I HEREBY CERTIFY that the foregoing is a true and
correct copy of the original on file in this office.

KPPA 0994

1985 JAN 16 AM 8:48   85R012684   OFF REC 12383 PG 914

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 84-32176 (09)

BARNETT BANK OF SOUTH FLORIDA,
N.A., a national banking asso-
ciation organized pursuant to
the laws of the United States,

    Plaintiff,

vs.

RICARDO RIOS and BEN GROSS,
Individually,

    Defendants.

FINAL JUDGMENT AFTER DEFAULT

FILED FOR RECORD
RICHARD P. BRINKER
CLERK CIRCUIT & COUNTY CTS
DADE COUNTY FL
84 NOV 30 AM 8:28

THIS CAUSE came on to be heard upon the Plaintiff's Motion for Final Judgment After Default and the Court having been fully advised in the premises, it is therefore

ORDERED AND ADJUDGED that Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., have and recover from the Defendants, RICARDO RIOS and BEN GROSS, individually, jointly and severally the sum of $10,000.00 together with interest in the sum of $1,211.16, costs of this action in the sum of $99.50 and attorneys' fees in the sum of $1,000.00, making a total sum of $12,310.66, for which sum let execution issue.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida this 27 day of November, 1984.

                              JUDGE, CIRCUIT COURT

Copies Furnished To:

Penzell & Diamond, P.A.
Ricardo Rios
Ben Gross

COPIES FURNISHED TO ALL PARTIES
BY: BAILIFF



RECORDED
DEC 4 1984
RICHARD P. BRINKER
CLERK

STATE OF FLORIDA
COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office.
WITNESS my hand and official Seal this ___ day of _____ 19__.
RICHARD P. BRINKER
CLERK Circuit and County Courts
By: _____ Deputy Clerk

KPPA 0524

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA.
RECORD VERIFIED
RICHARD P. BRINKER
CLERK CIRCUIT COURT

OFF REC 12341 PG 1481

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 7

CASE NO. 87-04227-BKC-AJC
ADV. CASE NO. 88-0566-BKC-AJC-A

Fla. Bar #148559

IN RE:

MAZON, DOMINGO and MARIA G.

    Debtors
_____/

BARNETT BANK OF SOUTH FLORIDA,
N.A.,

    Plaintiff,
vs.                                          FINAL JUDGMENT

MAZON, DOMINGO & MARIA G.

    Defendants.
_____/

    In conformity with the Findings of Fact and Conclusions of Law of even date, it is

    ORDERED that Final Judgment is hereby granted to Plaintiff, BARNETT BANK OF SOUTH FLORIDA, N.A., versus Defendants, DOMINGO and MARIA G. MAZON, and the debt due Plaintiff pursuant to Final Judgment dated January 17, 1986 in the amount of $85,827.08 as to DOMINGO MAZON, and $57,299.95 as to MARIA MAZON, be and the same is hereby excepted from discharge.

    DONE and ORDERED at Miami, Florida this ___ day of June, 1989.

                                                      A. JAY CRISTOL
                                                      Bankruptcy Judge

Copies furnished:

Kris E. Penzell, P.A. for Barnett Bank
Renato Perez, Esquire for Mazon
Robert Roth, Trustee

KPPA 0001