

OFF. REC: 18943PG2339

00R017266 2000 JAN 12 18:26

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

99 DEC 23 AM 11:17  CASE NO. 99-14786 (10)

CLERK, CIRCUIT & COUNTY COURTS
DADE COUNTY, FLA.
CIVIL #23

NATIONSBANK, N.A.,

Plaintiff,

vs.

MULTI CARE MEDICAL SUPPLIES
INC., a Florida corporation, PEDRO GARCIA
and MARIA A. GARCIA, individually,

Defendants.
_____/

**FINAL SUMMARY JUDGMENT**

FINAL ORDER AS TO ALL PARTIES
SRS DISPOSITION
NUMBER ___12___

RECORDED
DEC 27 1999
Clerk of Circuit
& County Courts

THIS CAUSE came on to be heard before the undersigned Judge on Monday, November 22, 1999, pursuant to Plaintiff's Motion for Summary Judgment and the Court, having heard argument of counsel and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

That Plaintiff, NATIONSBANK, N.A., successor by merger to Barnett Bank of South Florida, N.A., have and recover from the Defendants, MULTI CARE MEDICAL SUPPLIES INC., a Florida corporation, PEDRO GARCIA and MARIA A. GARCIA, individually, the sum of $49,097.77 on principal, $1,000.00 for attorneys fees, and court costs in the amount of $251.00 which shall bear interest at the rate of 10% per year and in addition, the Plaintiff shall recover prejudgment interest of $12,205.51 for all of which let execution issue.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 1st day of December, 1999.

JUDGE, CIRCUIT COURT
JUDGE MARGARITA ESQUIROZ

RECORDED IN OFFICIAL RECORDS
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

Copies furnished to:
Kris E. Pentzell, P.A.

Lienholder
Nationsbank, N.A.
101 N. Tyron Street, 7th Floor
Charlotte, NC 28255

Defendants:
Pedro and Maria Garcia
6220 NW 154 Terrace
Miami, Florida 33016

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is JAN 12 2000 of the
original on file in this office.
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

18914PG4901

OR REC 18528 PG 3885

IN DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 98-14385 CC 05

BARNETT BANK OF SOUTH FLORIDA, N.A.

    Plaintiff,

vs.

ANDREW BRADLEY and THERESE BRADLEY, et al.,

    Defendants.

FINAL SUMMARY JUDGMENT

RECORDED JAN - 6 1999 Clerk of Circuit & County Courts

E. JACOBY

FILED FOR RECORD 99 JAN -5 AM 8:38 HARVEY RUVIN CLERK CIRCUIT & COUNTY CTS DADE COUNTY

THIS CAUSE came on to be heard before the undersigned Judge on Monday, January 4, 1999, pursuant to Plaintiff's Motion for Summary Judgment and the Court, having heard argument of counsel and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

That Plaintiff, BARNETT BANK, OF SOUTH FLORIDA, N.A., have and recover from the Defendants THERESE BRADLEY, individually and as Trustee of BRADLEY BOAT REPAIRS INC., a dissolved Florida corporation the sum of $14,995.84 on principal, $800 HG for attorneys fees, and court costs in the amount of $193.00 which shall bear interest at the rate of 10% per year, and in addition, the Plaintiff shall recover prejudgment interest of $2,578.73 for all of which let execution issue.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this 04 day of January, 1999.

                                                         _____
                                                         JUDGE, COUNTY COURT
                                                         HARVEY L. GOLDSTEIN

Copies furnished to:
Kris E. Penzell, P.A.

Lienholder
Nationsbank, N.A., successor to
Barnett Bank of South Florida, N.A.
101 N. Tyron Street, 7th Floor
Charlotte, NC 28255

Defendants:
Therese Bradley
15440 N. Miami Avenue
N. Miami, FL 33169

OFF REC BK
18420PG3075

OFF. 18749PG2757

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 99-6277 (09)

NATIONSBANK, N.A., successor by
merger to Barnett Bank, N.A.,

    Plaintiff,

vs.

RAMDATA INC., a Florida corporation
and RICHARD RAMOS, individually,

    Defendants.

FINAL JUDGMENT AFTER DEFAULT

RECORDED
JUL 28 1999
Clerk of Circuit
& County Courts

THIS CAUSE came on to be heard before the undersigned Judge, ex-parte, pursuant to Plaintiff's Motion for Final Judgment after Default and the Court, having reviewed the pleadings and affidavits and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

That Plaintiff, NATIONSBANK, N.A., successor by merger to Barnett Bank N.A., shall have and recover from the Defendants, RAMDATA INC., a Florida corporation and RICHARD RAMOS, individually, the sum of $29,411.67 on principal, $1500.— for attorneys fees and court costs in the amount of $276.00 making a subtotal of $31,187.67 which shall bear interest at the rate of 10% a year and in addition, the Plaintiff shall recover prejudgment interest of $ —0— for all of which let execution issue.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 27 day of July, 1999.

                                           JUDGE, CIRCUIT COURT

Copies furnished to:
Kris E. Penzell, P.A.

Defendant
Ramdata Inc/Richard Ramos
7420 S.W. 98 Street
Miami, Florida 33173

Lienholder
Nationsbank, N.A.
101 N. Tyron Street
Charlotte, NC 28255

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA.
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

OFF REC BK
18712PG2007

KPPA 0578