IN THE 11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 99-27696 CA 22

NATIONSBANK, N.A., successor by
merger to Barnett Bank, N.A.

    Plaintiff,

vs.

MICHAEL MAN-GUE, Individually and as
Trustee of THE SUPERNET ONLINE, INC.,
a dissolved Florida corporation,

    Defendant.

_____/

FINAL JUDGMENT AFTER DEFAULT

RECORDED DEC 21 2000 Clerk of Circuit & County Courts

THIS CAUSE came on to be heard before the undersigned Judge, ex-parte, pursuant to Plaintiff's Motion for Final Judgment after Default and the Court, having reviewed the pleadings and affidavits, and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

That Plaintiff, NATIONSBANK, N.A., successor by merger to Barnett Bank, N.A., shall have and recover from the Defendant, MICHAEL MAN-GUE, individually, and as Trustee of THE SUPERNET ONLINE, INC., a dissolved Florida corporation, the sum of $30,000.00 on principal, $1,000.00 for attorneys fees, and court costs in the amount of $281.00; all which shall bear interest at the rate of 10% a year for 2000 and at the statutory rate thereafter, and in addition, the Plaintiff shall recover late charges and prejudgment interest of $13,068.96 for all of which let execution issue.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this 19 day of December, 2000.

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing JAN 2 9 2001 is a true and correct copy of the original on file in this office
HARVEY RUVIN Clerk, of Circuit and County Courts
Deputy Clerk

JUDGE, CIRCUIT COURT

Copies furnished to:
Kris E. Penzell, P.A.
407 Lincoln Rd #10-D,
Miami Beach, FL 33139

Lienholder
Nationsbank, N.A.
101 N. Tryon Street
Charlotte, NC 28255

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

Defendant
Michael Man-Gue, Ind & as Trustee
of The Supernet Online, Inc.,
12275 S. W. 144th Terrace, Miami, FL 33186

19415 PG 2966

KPPA 0484

ORB 12299 Pg 205
DOROTHY H. WILKEN, CLERK PB COUNTY, FL

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT, IN AND FOR PALM COUNTY, FLORIDA

NATIONSBANK, N.A.

    Plaintiff

vs.

WILLIAM E. GERALD, individually,
and as Trustee of The Wisteria Branch
Inc., a dissolved Florida corporation,

    Defendants.
_____/

CIVIL DIVISION
CASE NO.: CL 99-7798 AJ

CLERK: File this document in
the court file.
Judge Barkdull

**FINAL SUMMARY JUDGMENT**

THIS CAUSE came on to be heard before me on the 2nd day of February, 2001, pursuant to Plaintiff's Motion for Summary Judgment and the Court, having heard argument of counsel, and being otherwise fully advised in its premises, does hereby ORDER AND ADJUDGE as follows:

That Plaintiff, NATIONSBANK, N.A., successor by merger to Barnett Bank, N.A., have and recover from the Defendants, WILLIAM E. GERALD, individually and as Trustee of The Wisteria Branch, Inc., a dissolved Florida corporation, the sum of $49,995.00 on the principal, $1,500.00 for attorney's fees, and court costs in the amount of $306.00 which shall bear interest at the rate of 10% per year and in addition, the Plaintiff shall recover prejudgment interest and late charges of $27,576.76 for all of which let execution issue.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 2nd day of Feb., 2001.

Judge, Circuit Court

Copies furnished to:
Law Offices of Kris E. Penzell, P.A.
Bruce M. Margulies

Defendants:
William E. Gerald
2737 N.E. 28th Court, #3
Lighthouse Point, FL 33064

Lienholder
NationsBank, N.A.
101 No. Tyron Street, 7th Floor
Charlotte, NC 28255

NO # LISTED

KPPA 0292