**THOMAS JAMES MORRISSEY**
Attorney at Law
164 Strathmore Road, Suite 25
Post Office Box 1336
Brookline, Massachusetts 02446
Tel. (617) 787-3434
---
a professional association

Thomas James Morrissey

February 15, 2007

Joseph Corrigan, Esq.
Posternak, Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004

    Re: Premier Capital, LLC v. Beverly Johnson Penzell, Individually et al., U.S. Dist. Ct., D. Mass. Case No. 03-CV-12497 NG

Dear Joe:

    Please find enclosed copies of documents, produced by plaintiff to defendants in connection with the recent discovery order by Judge Gertner. Such documents are produced as a supplement to Premier's earlier documents production, and are subject to the general objections set forth in Premier's earlier-served Response to defendants' Request for Production.

    Very truly yours,

    Thomas James Morrissey

Enclosures (cops. of responsive documents)

September 24, 2001

**<u>VIA FEDERAL EXPRESS & FACSIMILE</u>**

Mr. Richard Gleicher
VP
Premier Capital
226 Lowell Street
Wilmington, MA 01887

Dear Richard:

On behalf of Bank of America, N.A., First Financial Network, Inc. is pleased to provide this notification that you are a successful bidder on Portfolio Offering #DP010912. Based upon the unconditional bid submitted by Premier Capital, you are hereby awarded the pools listed in the attached schedule.

Your Initial Deposit of $25,000.00 will be applied to the total purchase price of $272,526.65, leaving a remaining balance of $247,526.65. The additional Minimum Deposit of $2,252.67 is due by 5:00 PM CST, Wednesday, September 26, 2001. These two deposits total ten percent (10%) of the total purchase price. Final funding of $245,273.98 is due by 1:00 PM CST, Friday, September 28, 2001. The Loan Sale Agreement will be provided to you within three (3) business days and your prompt attention and return of the Agreement is appreciated.

Again, congratulations on your success. First Financial appreciates the competitive spirit demonstrated by your bid and looks forward to the smooth closing of this transaction.

Warmest Regards,

Bliss A. Morris
President & CEO

BAM/mm
Enclosure:   Successful Bidder Notification & Schedule

# Bank of America, N.A. Offering #DP010912

Loan Sale Advisor - First Financial Network, Inc.

*Successful Bidder Notification*   09/25/2001

| Pool 101 | *Judgments (National)* |
|---|---|

| | |
|---|---|
| Buyer Company | **Premier Capital LLC** |
| Name | **Paul George** |
| Title | **Manager** |
| Street | **226 Lowell Street** |
| City, State, Zip | **Wilmington, MA  01887** |
| Phone | **(978) 661-9000**    Fax  **(978) 694-4890** |

| | | | |
|---|---|---|---|
| Pool Legal Balance | 4,518,193.04 | | |
| Applied Interest (+) | 0.00 | | |
| Adjusted Balance | 4,518,193.04 | | |
| Purchase Price | 136,657.27 | Purchase % | 3.02460 |
| Escrow Adjustment (-) | 0.00 | | |
| Adjusted Purchase Price (=) | 136,657.27 | | |
| Deposit Allocated to Pool | 12,536.14 | Initial Deposit | 25,000.00 |
| Balance Due | 124,121.13 | | |
| Minimum Deposit | 1,129.59 | Payable by | 5:00PM CT, 09/26/2001 |
| Final Funding | 122,991.54 | Payable by | 1:00PM CT, 09/28/2001 |

*Please direct all inquires to:  First Financial Network, Inc. (800) 245-8695*

Wire Transfer Instructions:
- Bank Name: Bank of America, N.A.
- ABA Number: 1030 00017
- Account Number: 002863792469
- For Credit To: First Financial Network, Inc. Special Purpose Account

Message:

_____
Buyer's Company Name

_____
Contact Name

_____
Buyer's Telephone Number

In order to assure proper allocation of funds to each Buyer's balance due, the above information for the Buyer must be included on all wire transfers.

# Loan Schedule

### Data as of Cut-Off date of August 28, 2001

Bank of America, N.A. Offering # DP010912

*Prepared By First Financial Network, Inc.*

| Pool | Asset Name | Asset Number | Legal Balance | Officer Number | State | Loan Type | Days Past Due | Charge Off Date | Beacon Score |
|---|---|---|---|---|---|---|---|---|---|
| **101** | **Judgments (National)** | | | | | | | | |
| 101 | A-Flash Transport Corp. | 21-3355372-26 | 30,215.17 | CSA1J | FL | J | 556 | 04/19/2000 | 521 |
| 101 | Advance Forklifts, Inc. | 21-3766768-18 | 29,364.98 | CSA1J | FL | J | | 07/31/1983 | 719 |
| 101 | Alpha & Omega Housing | 61-211272-273 | 39,337.43 | CSA1J | MD | J | 1292 | 02/25/1998 | 568 |
| 101 | American Reveg, Ltd. | 25-0-0 | 1,296.87 | 2001J | NM | J | | | N/A |
| 101 | Arroyave, Efrain | 21-2950603-265 | 17,062.18 | CSA1J | FL | J | 1134 | 02/14/1997 | 535 |
| 101 | Arroyave, Efrain | 21-3664716-18 | 46,646.18 | CSA1J | FL | J | 1892 | 10/29/1996 | 535 |
| 101 | Asterbadi, Nabil j. | 41-115486-265 | 183,905.89 | CSA1J | DC | J | 537 | 08/06/1992 | 579 |
| 101 | Bedell, David L. | 35-10080876-18 | 10,346.08 | CSA1J | | J | 626 | 03/05/1999 | 486 |
| 101 | Bernie & Mattie, Inc. | 25-1066779-18 | 5,218.48 | 2001J | NM | J | 1140 | 09/16/1998 | 659 |
| 101 | Bolton, Brent R. | 25-1063321-18 | 54,397.65 | 2001J | NM | J | 436 | 06/23/1998 | 534 |
| 101 | Bradley Boat Repair | 21-3676660-18 | 14,995.84 | CSA1J | FL | J | 1222 | 04/21/1998 | 595 |
| 101 | Brancaccio, Carmine | 21-3769770-18 | 9,752.68 | CSA1J | FL | J | | 08/30/1982 | 637 |
| 101 | Burgess, Bradley | 13-10017668-18 | 9,617.11 | 2001J | KS | J | 708 | | 530 |
| 101 | Burkey, Darren | 53-1194873-18 | 12,800.00 | CSA1J | IL | J | 563 | 01/27/1998 | 624 |
| 101 | Cain, Darrell G. | 35-10075793-18 | 55,391.45 | 2001J | OK | J | | 08/30/1995 | N/A |
| 101 | Calmex Welding, Inc. | 501-5011085-5001 | 73,567.00 | 0CSA1J | CA | J | | 11/15/1999 | 585 |
| 101 | Car Circus Rent to Own | 21-3927923-265 | 53,906.89 | CSA1J | FL | J | | 08/31/1999 | 628 |
| 101 | Chaka, Kiambu & Idella | 21-3770869-18 | 64,418.85 | CSA1J | FL | J | | 04/27/1987 | 629 |
| 101 | Commercial Electric Co. | 53-1198049-18 | 24,719.13 | 2001J | MO | J | 907 | 11/17/1995 | 578 |
| 101 | Cottonwood Travel Inc. | 501-2027498-7001 | 31,192.82 | 0CSA1J | CA | J | 334 | 12/13/1999 | 617 |
| 101 | Cox Motor Company | 63-10076986-18 | 34,213.54 | 2001J | AR | N | 1188 | 06/08/1998 | 544 |
| 101 | Darby, Elson | 75-104513-18 | 42,252.99 | 2001J | TX | J | 1062 | 04/09/1999 | 559 |
| 101 | Delta Metals | 53-1181938-18 | 30,476.11 | 2001J | MO | J | 1373 | 06/22/1998 | 586 |
| 101 | Design Home Remodeling | 21-3772345-18 | 2,816.24 | CSA1J | FL | J | | 11/26/1986 | N/A |
| 101 | Faw, Mercer P. | 51-144137-265 | 40,000.00 | CSA1J | VA | J | 2722 | 04/29/1999 | 611 |
| 101 | First Summit | 21-3773608-18 | 23,312.93 | CSA1J | FL | J | | 01/26/1989 | 623 |
| 101 | Florida Glass Craft | 21-4146515-18 | 30,730.38 | CSA1J | FL | J | 999 | 04/07/1997 | 592 |
| 101 | Foy-King Development | 1-627991-331 | 88,549.70 | CSA1J | NC | J | 937 | 09/17/1998 | 731 |
| 101 | Grove Enterprises Corp. | 21-3339517-265 | 67,392.63 | CSA1J | FL | J | | 07/25/2000 | 482 |
| 101 | Hallmark Electric of Miami | 21-3731846-18 | 119,144.22 | CSA1J | FL | J | 672 | 07/30/1998 | 594 |
| 101 | Hampton, Bob | 75-581058-0 | 7,784.16 | CSA1J | TX | J | | | 574 |
| 101 | Hansfield, Rodney (Nevada Urology | 26-6320-265 | 50,000.00 | CSA1J | NV | J | 498 | 02/08/2000 | N/A |
| 101 | International Grane Corp. | 21-3688657-265 | 36,498.50 | CSA1J | FL | J | | 09/01/1999 | 577 |
| 101 | J R Garner Homes Inc. | 31-3287946-26 | 38,810.73 | CSA1J | GA | J | 2740 | | 681 |
| 101 | Jayson, Jeni L. | 21-3777005-18 | 4,610.58 | CSA1J | FL | J | | 04/25/1989 | N/A |
| 101 | Kenworthy, Thomas W. | 21-3777484-18 | 5,855.51 | CSA1J | FL | J | | 03/21/1985 | 563 |
| 101 | L.S.M. Fast Foods of Athens | 31-3646216-1016 | 145,946.93 | CSA1J | GA | J | 1879 | 05/17/1996 | 696 |
| 101 | Lanier & Sons | 21-3778078-18 | 3,207.31 | CSA1J | FL | J | 3674 | 07/12/1991 | 561 |
| 101 | Leading Concept Technologies | 501-1162296-7001 | 17,613.61 | 0CSA1J | CA | J | | 12/23/1999 | 541 |
| 101 | Lee & Latina, Inc. | 21-3831240-18 | 77,643.10 | CSA1J | FL | J | 433 | 12/13/1996 | 549 |
| 101 | Lesante, Jorge | 21-3778318-18 | 3,533.00 | CSA1J | FL | J | | 10/26/1984 | N/A |
| 101 | Lioy, Antonio | 21-3778508-18 | 20,831.16 | CSA1J | FL | J | | 08/29/1984 | N/A |
| 101 | Martinez, Hiram | 21-3779282-18 | 29,090.63 | CSA1J | FL | J | | 09/30/1983 | 596 |
| 101 | Marvin Steele Enterprises | 53-1183520-26 | 170,000.00 | 2001J | | J | | | N/A |
| 101 | Marvin Steele Enterprises | 53-1183520-18 | 295,000.00 | 2001J | MO | J | | | N/A |
| 101 | Mazon, Domingo | 21-3779456-18 | 85,827.08 | CSA1J | FL | J | | 06/26/1985 | 550 |
| 101 | Metropolitan Industries | 21-3779829-18 | 26,107.93 | CSA1J | FL | J | | 04/28/1988 | 669 |
| 101 | Military Relocation Service, Inc. | 1-371194-315 | 18,363.36 | CSA1J | | J | 999 | 10/01/1991 | N/A |
| 101 | Mitchell, John G. | 25-0-0 | 7,620.21 | 2001J | NM | J | | | N/A |
| 101 | Motorama Express Inc. | 21-2968886-265 | 12,420.02 | CSA1J | FL | J | 1215 | 05/25/1997 | N/A |
| 101 | Multi Care Medical Supplies | 21-3679144-18 | 42,848.77 | CSA1J | FL | J | 466 | 07/28/1998 | 516 |
| 101 | Okair Airlines, Inc. | 35-10073632-18 | 25,064.85 | 2001J | OK | J | | 03/30/1998 | 464 |

| Pool | Asset Name | Asset Number | Legal Balance | Officer Number | State | Loan Type | Days Past Due | Charge Off Date | Beacon Score |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Pat Ward Masonary, Inc. | 21-4032731-18 | 38,381.84 | CSA1J | FL | J | 1325 | 08/14/1997 | 534 |
| 101 | Pauls, James D. Sr. | 21-3781825-18 | 11,101.10 | CSA1J | CA | J | | 03/29/1984 | N/A |
| 101 | Ramdata, Inc. | 21-3702201-18 | 29,411.61 | CSA1J | FL | J | 1267 | 02/04/1998 | 641 |
| 101 | Redlands Air Conditioning | 21-3782922-18 | 6,107.98 | CSA1J | FL | J | | 01/27/1986 | 677 |
| 101 | Reliable Carpet, Inc. | 21-3558553-26 | 37,777.78 | CSA1J | FL | J | 1877 | 09/03/1996 | 655 |
| 101 | Reliable Carpet, Inc. | 21-3558553-18 | 39,987.50 | CSA1J | FL | J | 1918 | 10/09/1998 | 655 |
| 101 | Repcon International, Inc. | 53-1187034-18 | 83,079.11 | 2001J | MO | J | | 12/09/1998 | 539 |
| 101 | Reymar Quality Care, Inc. | 21-3762213-18 | 30,993.96 | CSA1J | FL | J | 934 | 05/25/1999 | N/A |
| 101 | Riggan, Don | 75-155192-18 | 5,186.24 | CSA1J | TX | J | 909 | 09/28/2000 | N/A |
| 101 | Rios, Ricardo/Gross, Ben | 21-3783185-18 | 12,310.66 | CSA1J | FL | J | | 07/27/1984 | N/A |
| 101 | Sas, Tadeusz | 21-2467020-265 | 31,523.29 | CSA1J | FL | J | 670 | 01/16/1996 | 635 |
| 101 | Smith, Charles & Edith | 21-3422594-18 | 75,924.50 | CSA1J | FL | J | 476 | 05/24/2000 | 489 |
| 101 | Square Metal Fabrication & Pipe, Inc. | 35-10074242-18 | 38,061.77 | 2001J | OK | J | 1036 | 12/24/1996 | 479 |
| 101 | Stewart, John Jr. | 21-3587990-18 | 73,409.83 | CSA1J | FL | J | 999 | 06/30/1997 | 704 |
| 101 | Systems Consultants Group, Inc. | 53-1185541-18 | 90,500.00 | 2001J | MO | J | 1400 | 12/14/1998 | N/A |
| 101 | Taylor, William N | 75-111518-18 | 24,934.51 | CSA1J | TX | J | 3575 | 04/09/1999 | 672 |
| 101 | Teichman, John | 53-1186473-18 | 18,716.43 | 2001J | MO | J | | 12/22/1998 | 594 |
| 101 | The Supernet Online Inc. | 21-3702243-18 | 31,281.00 | CSA1J | FL | J | 1304 | 08/31/1998 | N/A |
| 101 | The Western Branch /Wisteria Branch | 21-4032145-18 | 49,955.00 | CSA1J | FL | J | 1515 | 07/08/1997 | 480 |
| 101 | Top Ten Card | 21-3786329-18 | 89,677.46 | CSA1J | GA | J | | 02/24/1987 | N/A |
| 101 | Triad Technology Corp. | 16-1158-265 | 142,938.37 | CSA1J | AZ | J | 789 | 07/16/1999 | 629 |
| 101 | Vanatta, Robert W. | 0-0-0 | 35,923.36 | | | J | 999 | | 606 |
| 101 | Velma's Golden Needle, Inc. | 21-3658569-18 | 7,078.62 | CSA1J | FL | J | 3817 | 01/18/1991 | 654 |
| 101 | Wei, Micheal | 43-20078647-18 | 24,368.25 | 2001J | KS | J | 421 | | N/A |
| 101 | Wei, Micheal | 43-20078647-26 | 50,630.34 | 2001J | KS | J | 1381 | | N/A |
| 101 | Wei, Micheal | 43-20078647-34 | 113,398.79 | 2001J | KS | J | 1365 | | N/A |
| 101 | Whitaker, J. W. | 31-3110429-265 | 87,800.95 | CSA1J | GA | J | 3236 | 05/08/1992 | 625 |
| 101 | Williams, David B | 53-1191853-18 | 28,848.22 | 2001N | MO | N | 1113 | 07/18/2000 | 514 |
| 101 | Williams, David B | 53-1191820-18 | 51,554.76 | 2001J | | J | 518 | 04/16/1999 | 518 |
| 101 | Window Concepts | 21-4061201-18 | 154,208.78 | CSA1J | FL | J | 843 | 06/28/1990 | 674 |
| 101 | Wood, Jackie D. | 75-157271-18 | 6,874.27 | CSA1J | TX | J | 2227 | 04/09/1999 | 699 |
| | **Pool Totals** | 84 | 4,518,193.04 | | | | | | |
| | **Grand Totals** | 84 | 4,518,193.04 | | | | | | |