

BANK OF AMERICA
Legal Department

January 11, 2007

Joseph W. Corrigan, Esq.
Posternak, Blankstein & Lund, LLP
800 Boylston Street
The Prudential Tower, 32nd Floor
Boston, MA 02199

    RE:    Premier Capital, LLC vs. Beverly Johnson Penzell;
             Case Number: 03-CV-12497

Dear Mr. Corrigan:

In response to the subpoena issued by the United States District Court in the District of Massachusetts and in compliance with your agreement to limit the documents requested under such subpoena, we are providing to you a Bidder Closing Summary showing the amount that Premier Capital paid for Pool #101 in Offering #DP010912. Information related to other Pools in the Offering has been redacted.

It is my understanding that based on our agreement the attached production constitutes full compliance with the subpoena. If that is not your understanding please contact me immediately.

Very truly yours,

*S. Diane Timmons*
S. Diane Timmons
Assistant General Counsel

Enclosure

cc:    Tammy Massey
        Kim Blackwelder

#1220603

03/05/2002 10:45 FAX 405 748 4111      1ST FINANCIAL NETWORK      @003

# Bank of America, N.A. Offering #DP010912
## Loan Sale Advisor - First Financial Network, Inc.
### Bidder Closing Summary

| Pool Num | Bidder Name | Legal Balance | Total Accrued Interest | Total Performing Interest | Adjusted Pool Total | Applied Int % of Performing | Purchase Amt % of Legal Bal | Pct | Reserve Amt | Reserve % | % Obtained | Total Price with Applied Int | Deposit Allocation | Balance Due | Amt Due 09/26/2001 | Amt Due 09/28/2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4980 | Premier Capital LLC | 4,518,193.04 | 0.00 | 0.00 | 4,518,193.04 | 0.00 | 136,657.27 | 3.024 | 98,362.86 | 2.0 | 151.23 | 136,657.27 | 62,680.69 | 73,976.58 | 0.00 | 73,976.58 |

**Footnotes:**
1. Performing Interest Applied is calculated on a performing loan by loan basis.
2. Adjusted Pool Total is Legal Balance + Performing Interest Applied
3. Escrow balance includes only positive balances.
4. Adjusted Price = Purchase Amt + Performing Interest Applied
5. Deposit Allocation is the Total deposit submitted, spread proportionately across all pools won.



MAR 05 2002 12:21       405 748 4111       PAGE.03

Page 1