IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

IN RE: ESTATE OF

PROBATE DIVISION

KRIS EVAN PENZELL,

File No. 00-11 CA 60

Deceased

_____/

## ORDER ON AGREED MOTION TO SUBSTITUTE INVENTORY ATTORNEY

THIS CAUSE came on to be heard before the undersigned upon the Agreed Motion to

Substitute Inventory Attorney, and the Court having reviewed the Motion and upon being

otherwise fully advised in the premises, it is hereby Ordered and Adjudged as follows:

1. The Motion is Granted.

2. Susan I. Noe, Esquire, 1440 Kennedy Causeway, #321, North Bay Village, FL

33141 is hereby substituted in place and in lieu of Victor K. Rones, Esquire as inventory attorney

for Kris Evan Penzell, with full powers and duties pursuant to Rule 1-3.8, Rules Regulating The

Florida Bar, to carry out the function as inventory attorney.

3. Susan I. Noe, Esquire is hereby directed to proceed as soon as possible to take

such action as she deems indicated to protect the interest of Kris Evan Penzell and his Estate and

his clients.

4. Victor K. Rones, Esquire is hereby discharged as inventory attorney and, except

to the extent set forth in this Order, is hereby relieved of further responsibility in connection with

the duties of inventory attorney.

5. Victor K. Rones, Esquire will provide a supplement to Final Accounting as to any

funds received by him since April 22, 2002, on or before 10 days from the date hereof.

6. Victor K. Rones, Esquire shall execute any and all documents necessary in order to

effectuate a substitution of Susan I. Noe, Esquire in place and in lieu of Victor K. Rones,

Esquire, as the designated signator on the existing trust account in the name of "Law Offices of

Kris E. Penzell, P.A.", including Bank of America account number 003669589286.

7. Susan I. Noe, Esquire will file with the Court an Inventory of all cases which she

has received as substitute inventory attorney within 20 days from the date hereof. A copy of the

final accounting and inventory of cases shall be submitted to the Florida Bar, attention: Randy

Lazarus, Esquire, upon filing with the Court.

8. Susan I. Noe, Esquire is specifically authorized to accept employment as attorney

in connection with the activities of cases found in the files inventoried as long as each client is

given an informed and free choice for the further employment of counsel.

9. Susan I. Noe, Esquire shall not be obligated to accept employment as attorney in

connection with any or all of the active cases found in the files inventoried, but she, at her option,

may refuse to handle such files as she deems fit and proper.

10. Susan I. Noe, Esquire, shall furnish periodic progress reports as this Court may direct

until completion of the duties as inventory attorney and approval of a final report by the Court.

11. The Clerk of this Court shall issue, upon application of Susan I. Noe, Esquire, such

writs as may be necessary to carry out this Order upon further Order of Court.

DONE this __29__ day of April, 2002.

**JUDGE JOSEPH P. FARINA**

_____

CIRCUIT COURT JUDGE

Copies furnished to:
   Steve Mishan, Esquire
   Susan I. Noe, Esquire
   Victor K. Rones, Esquire
   Randy Lazarus, Esquire
   Beverly Johnson Penzell