**Catherine Savoie**

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Monday, March 28, 2005 12:08 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:03-cv-12497-NG Premier Capital, LLC v. Penzell "Order on Motion for Leave to File" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once
without charge. To avoid later charges, download a copy of each document
during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25
07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 3/28/2005 at 12:07 PM EST and
filed on 3/28/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25
07:52:35-04 loy Exp \$'
Case Name: Premier Capital, LLC v. Penzell
Case Number: 1:03-cv-12497
https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?89706

Document Number:
Copy the URL address from the line below into the location bar of your
Web browser to view the document:

Docket Text:
Judge Nancy Gertner : Electronic ORDER entered granting [15] Motion for
Leave to File, denying [16] Motion to Amend on a number of grounds:
Plaintiff seeks to amend its complaint to add two "inventory attorneys"
who did not have an attorney client relationship with it, and as such,
irrelevant to plaintiff's claims. In any event, even if there were a
basis to join them, the existence and relationship of these attorneys to
the defendant were known by the fall of 2004; this motion should have
been brought six months sooner.  (Gertner, Nancy)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02
17:37:56-04 bibeau Exp \$' -->
1:03-cv-12497 Notice will be electronically mailed to:
Thomas J. Morrissey
TMorris423@aol.com

Catherine J. Savoie
csavoie@pbl.com

Steven A. Sussman
s.sussman@verizon.net



1:03-cv-12497 Notice will not be electronically mailed to:
Julie C. Easter
Posternak, Blankstein & Lund
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
```

1