LAW OFFICES
## KRIS E. PENZELL
PROFESSIONAL ASSOCIATION
407 LINCOLN ROAD
SUITE 10-D
MIAMI BEACH, FLORIDA 33139

KRIS E. PENZELL

TELEPHONE (305) 531-3000
FACSIMILE (305) 531-5175

## FACSIMILE COVER SHEET

TO:        Nick Maimones

COMPANY:   Premier Capital

FAX #      (978) 694-4890

FROM:      Beverly Penzell, Pers. Rep.

DATE:      January 11, 2002

PAGES:     Including this page - eleven (11)

RE:        Nationsbank v. Arroyave

MESSAGE:   Pursuant to our conversation, attached please find a copy of the Final Judgment dated July 26, 1999 and Amended Final Judgment dated April 15, 1998 in favor of Nationsbank and against Efrain and Robin Arroyave as well as a copy of the Contingency Fee Agreement between Nationsbank and this firm. I await your response. Thank you.

If there are any problems with the transmission, please call
(305) 531-3000 and/or Fax #(305) 531-5175

**This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION** intended only for the use of the addressees named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you receive this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the United States mail.

P. 01

TRANSACTION REPORT

JAN-11-02 FRI 11:31

FOR: KRIS PENZELL    3055315175

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE |
|---|---|---|---|---|---|---|
| JAN-11 | 11:25 AM | 19736944890 | 6'00" | 11 | SEND | OK |