IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

NATIONSBANK, N.A., a
national banking association,

    Plaintiff,

v.

EFRAIN ARROYAVE, M.D., and
ROBIN ARROYAVE, individually,

    Defendants.

GENERAL JURISDICTION DIVISION

CASE NO. 97-24808 CA 09

L JACQUES

## AMENDED FINAL DEFAULT JUDGMENT

THIS CAUSE having come before me upon Plaintiff's Ex Parte Motion to Amend Judgment and the Court being duly advised in the premises, it is hereby;

ORDERED AND ADJUDGED that Plaintiff, NationsBank, N.A., whose address is 101 North Tryon Street, NC1-001-07-04, recover from Defendants, EFRAIN ARROYAVE, M.D. and ROBIN ARROYAVE, the sum of $15,833.91 in principal, $1,922.06 in interest as of December 24, 1997, $4.398 per diem, through the date of the entry of this judgment for a subtotal of $18,002.25, plus 913.60 in attorneys' fees and costs for a total of $18,915.85, all of which shall bear interest at the rate of ten percent (10%) per annum for which let execution issue.

DONE AND ORDERED in Chambers, in Miami, Dade County, Florida on this 15 day of April, 1998.

HONORABLE THOMAS WILSON, JR.
Circuit Court Judge

cc: Niall T. McLachlan, Esq.
Efrain Arroyave, M.D.
Robin

Exhibit B

OFF REC BK
18062PG2109

RECORDED
APR 17 1998
Clerk of Circuit
& County Courts

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 99-8003 (01)

NATIONSBANK, N.A., successor by
merger to BARNETT BANK OF SOUTH FLORIDA
N.A.,

    Plaintiff,

vs.

EFFRAIN ARROYAVE and ROBIN
ARROYAVE, individually,

    Defendants.
_____/

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

**FINAL JUDGMENT AFTER DEFAULT**

RECORDED
JUL 28 1999
Clerk of Circuit
& County Courts

THIS CAUSE came on to be heard before the undersigned Judge, ex-parte, pursuant to Plaintiff's Motion for Final Judgment after Default and the Court, having reviewed the pleadings and affidavits and being otherwise fully advised in the premises, does hereby ORDER and ADJUDGE:

That Plaintiff, NATIONSBANK, N.A., successor by merger to BARNETT BANK OF SOUTH FLORIDA, N.A., shall have and recover from the Defendants, EFFRAIN ARROYAVE and ROBIN ARROYAVE, individually, the sum of $46,646.18 on principal, $1000.00 for attorneys fees and court costs in the amount of $226.00 making a subtotal of $47,870.00 which shall bear interest at the rate of 10% a year and in addition, the Plaintiff shall recover prejudgment interest of $16,887.79 for all of which let execution issue.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this 26 day of June, 1999.

47,870.18
16,887.79
_____
64,757.97

_Eleanor Schockett_
JUDGE, CIRCUIT COURT

Copies furnished to:
Kris E. Penzell, P.A.

Defendant
Effrain and Robin Arroyave
6770 S.W. 124 Avenue
Miami, Florida 33156

Lienholder
Nationsbank, N.A.
101 N. Tyron Street
Charlotte, NC 28255

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office.
HARVEY RUVIN, Clerk of Circuit and County Courts
By _____ Deputy Clerk

OFF REC BK
18712 PG 1851