20160PG2518

PREPARED BY: [illegible]
MORTGAGE INFORMATION SERVICES, INC.
8910 MIRAMAR PARKWAY, SUITE 205
MIRAMAR, FL 33025
[illegible] TO THE ISSUANCE OF TITLE INSURANCE
FILE [illegible]

02R045893 2002 JAN 24 14:18

## SUBORDINATION AGREEMENT

WHEREAS, ON THE 19TH DAY OF JANUARY, 1999, THE CIRCUIT COURT OF THE 11TH JUDICIAL DISTRICT OF DADE COUNTY, FLORIDA ENTERED A JUDGMENT IN FAVOR OF NATIONSBANK, N.A., (THE "FIRST PARTY") AGAINST EFRAIN ARROYAVE AND ROBIN ARROYAVE, INDIVIDUALLY, (THE OWNER) CREATING A LIEN ATTACHING TO THE FOLLOWING DESCRIBED PROPERTY:

LOT 3, BLOCK 1 OF ROCK LAKE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 65, PAGE 44 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.

WHICH JUDGMENT WAS IN THE ORIGINAL PRINCIPAL AMOUNT OF $13,833.01 AND WAS RECORDED IN OFFICIAL RECORDS BOOK 18918, AT PAGE 4343, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, AND WHEREAS, THEREAFTER ON THE 20TH DAY OF December, 20 01, EFRAIN ARROYAVE AND ROBIN ARROYAVE, HIS WIFE (THE "OWNER") EXECUTED A CERTAIN MORTGAGE IN FAVOR OF AMERIQUEST MORTGAGE COMPANY (THE "SECOND PARTY") SECURING A NOTE IN THE SUM OF $ 500,000.00, WHICH MORTGAGE IS TO BE RECORDED IN THE PUBLIC RECORDS, AND WHICH MORTGAGE LIKEWISE ENCUMBERS THE ABOVE-DESCRIBED PROPERTY, AND WHEREAS, THE SECOND PARTY IS NOT WILLING AND WILL NOT MAKE THE LOAN SECURED BY THE OWNER UNLESS HIS MORTGAGE IS A FIRST MORTGAGE PRIOR IN DIGNITY AND IN EVERY RESPECT TO THE AFORESAID JUDGMENT. NOW, THEREFORE, IN CONSIDERATION OF THE SUM OF ONE DOLLAR ($1.00) AND OTHER VALUABLE CONSIDERATION TO HIM IN HAND PAID, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE FIRST PARTY DOES HEREBY SUBORDINATE HIS JUDGMENT TO THE ABOVE-DESCRIBED MORTGAGE IN FAVOR OF THE SECOND PARTY AND DOES HEREBY INTEND BY THIS AGREEMENT THAT THE MORTGAGE IN FAVOR OF THE SECOND PARTY SHALL BE A FIRST MORTGAGE LIEN PRIOR IN DIGNITY TO HIS JUDGMENT AS HEREIN DESCRIBED.

IN WITNESS WHEREOF, THE FIRST PARTY HAS SIGNED THIS AGREEMENT THIS 17 DAY OF JANUARY, 20 02.

[signature]
FOR: NATIONSBANK, N.A.
NICK J MAIMONIS
BY:

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office. Aug. 6 AD 20 04
HARVEY RUVIN, CLERK, of Circuit and County Courts
Deputy Clerk [signature]

STATE OF MASSACHUSETTS
COUNTY OF MIDDLESEX

"SWORN TO AND SUBSCRIBED BEFORE ME THIS 17 DAY OF JANUARY, 20 02, BY NICK [illegible], WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED [illegible] AS IDENTIFICATION AND WHO DID TAKE AN OATH."

[notary seal]

Mortgage Information Services
8910 Miramar Pkwy St. 205
Miramar, FL 33025

20179361045

PREPARED BY: [illegible]
MORTGAGE INFORMATION SERVICES, INC.
[illegible address]
MIRAMAR, FL 33025
*INCIDENT TO THE ISSUANCE OF TITLE INSURANCE
[illegible]

02R064329 2002 FEB 01 15:16

## SUBORDINATION AGREEMENT

WHEREAS, ON THE 26TH DAY OF JUNE, 199_, THE CIRCUIT COURT OF THE 11TH JUDICIAL DISTRICT FOR DADE COUNTY, FLORIDA ENTERED A JUDGMENT IN FAVOR OF NATIONSBANK, N.A., SUCCESSOR BY MERGER to BARNETT BANK OF SOUTH FLORIDA (THE "FIRST PARTY") AGAINST EFRAIM ARROTAVE AND ROSIE ARROTAVE, INDIVIDUALLY, (THE "OWNER") CREATING A LIEN ATTACHING TO THE FOLLOWING DESCRIBED PROPERTY:

LOT 3, BLOCK 1 OF ROCK LAKE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 65, PAGE 44 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.

WHICH JUDGMENT WAS IN THE ORIGINAL PRINCIPAL AMOUNT OF $66,666.10 AND WAS RECORDED IN OFFICIAL RECORDS BOOK 18748, AT PAGE 2511, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA. AND WHEREAS, THEREAFTER ON THE 26TH DAY OF December, 2001, EFRAIM ARROTAVE AND ROSIE ARROTAVE (THE "OWNER") EXECUTED A CERTAIN MORTGAGE IN FAVOR OF [illegible] MORTGAGE COMPANY (THE "SECOND PARTY") SECURING A NOTE IN THE SUM OF $ [illegible], WHICH MORTGAGE IS TO BE RECORDED IN THE PUBLIC RECORDS, AND WHICH MORTGAGE LIKEWISE ENCUMBERED THE ABOVE-DESCRIBED PROPERTY, AND WHEREAS, THE SECOND PARTY IS NOT WILLING AND WILL NOT MAKE THE LOAN DESIRED BY THE OWNER UNLESS HIS MORTGAGE IS A FIRST MORTGAGE PRIOR IN DIGNITY AND IS BEING SUBJECT TO THE AFORESAID JUDGMENT. NOW, THEREFORE, IN CONSIDERATION OF THE SUM OF ONE DOLLAR ($1.00) AND OTHER VALUABLE CONSIDERATION TO HIM IN HAND PAID, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE FIRST PARTY DOES HEREBY SUBORDINATE HIS JUDGMENT TO THE ABOVE-DESCRIBED MORTGAGE IN FAVOR OF THE SECOND PARTY AND DOES HEREBY INTEND BY THIS AGREEMENT THAT THE MORTGAGE IN FAVOR OF THE SECOND PARTY SHALL BE A FIRST MORTGAGE LIEN PRIOR IN DIGNITY TO THE JUDGMENT AS HEREIN DESCRIBED.

IN WITNESS WHEREOF, THE FIRST PARTY HAS SIGNED THIS AGREEMENT THIS 17 DAY OF January, 2002.

FOR: NATIONSBANK, N.A.

BY: NICK J. MAIMONIS

STATE OF MASSACHUSETTS
COUNTY OF MIDDLESEX

SWORN TO AND SUBSCRIBED BEFORE ME THIS 17 DAY OF JANUARY, 20 02 BY NICK J. MAIMONIS, WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____ AS IDENTIFICATION AND WHO DID TAKE AN OATH.

NOTARY PUBLIC STATE OF MA
October 25, 2007
MY COMMISSION EXPIRES

Mortgage Information Services
8910 Miramar Pkwy St. 205
Miramar, FL 33025

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office. Aug. 6 A.D. 04
HARVEY RUVIN, CLERK of Circuit and County Courts
Deputy Clerk [signature]