FedEx US Airbill  8484 9531 9254

Sender's Copy

1 From
Date 12/14/04
Sender's Name B. Perez, P.A.    Sender's FedEx Account Number 1498-3334-0    Phone (305) 531-3000
Company K.L.P., P.A.
Address 407 Lincoln Rd #10-D
City Miami Beach  State FL  ZIP 33139

2 Your Internal Billing Reference KSMME — PREMIER

3 To
Recipient's Name Thomas Moriarty    Phone (508) 636-7363
Company c/o Premier Capital LLC
Address 686 Lowell St.
City Wilmington  State MA  ZIP 01887

4a Express Package Service
4b Express Freight Service
5 Packaging
6 Special Handling
7 Payment
8 Sign to Authorize Delivery Without a Signature

467