

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

12/17/2004

Dear Customer,

Here is the proof of delivery for the shipment with tracking number **848495319254**. Our records reflect the following information.

**Delivery Information:**

Signed for by: M NADEAU
Delivery Location: 226 LOWELL ST
Delivery Date: Dec 16, 2004 09:11

**Shipping Information:**

Tracking number: 848495319254

Ship Date: Dec 14, 2004
Weight: 23.0 lbs.

Recipient:
THOMAS M
226 LOWELL ST
01887
US

Shipper:
B PENZELL PR
MIA 33139
US

Reference:                                 ESTATE-PREMIER

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®