UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PREMIER CAPITAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BEVERLY JOHNSON PENZELL, d/b/a<br>Law Office of Kris E. Penzell,<br>and BEVERLY JOHNSON PENZELL, as<br>Personal Representative of the<br>Estate of Kris E. Penzell,<br><br>    Defendants. | Civil Action No.<br>03-CV-12497-NG |

### WITHDRAWAL OF MOTION OF PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM PREMIER CAPITAL, LLC TO STRIKE AS UNTIMELY DEFENDANTS' OPPOSITION TO ITS MOTION TO AMEND

Plaintiff and defendant-in-counterclaim Premier Capital, LLC ("Premier"), by its attorney, herewith withdraws its Motion To Strike Defendants' Opposition to Its Motion to Amend (filed November 2, 2007).

          PREMIER CAPITAL, LLC

          By its attorney,

          /s/ Thomas James Morrissey
          Thomas James Morrissey
          BBO# 547077
          164 Strathmore Rd., Suite 25
          Post Office Box 1336
          Brookline, MA 02446
          Tel.: (617) 787-3434

Dated: November 5, 2007